UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
*Attorneys for Debtor, Stephen J. Conte, Jr.*

By:    BRIAN G. HANNON, ESQ.
          BH - 3645
Email: bhannon@norgaardfirm.com

Case No.:              18-29278(JKS)

Chapter:               13

In Re:

STEPHEN J. CONTE, JR.

## SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED that the Debtor, Stephen J. Conte, Jr. has retained the firm of NORGAARD O'BOYLE to represent said party in the above-captioned matter.    The undersigned hereby requests that the Court's records be corrected to reflect that NORGAARD O'BOYLE shall now represent Stephen J. Conte, Jr. in the place and stead of RALPH A. FERRO, JR., ESQ. in this matter.

RALPH A. FERRO, JR., ESQ.                    NORGAARD O'OBOYLE


By: /s/ Ralph A. Ferro, Jr., Esq.                By: /s/ Brian G. Hannon, Esq.
        RALPH A. FERRO, JR., ESQ.                    BRIAN G. HANNON, ESQ.
        Withdrawing Attorney                          Superseding Attorney

Dated:  January 9, 2019                        Dated:  January 9, 2019