BRIAN GREGORY HANNON
LAW OFFICE OF NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-29278

Re:    STEPHEN J. CONTE, JR.                                   Atty:   BRIAN GREGORY HANNON
       396 NORTH FARVIEW AVENUE                                        LAW OFFICE OF NORGAARD O'BOYLE
       PARAMUS,  NJ  07652                                             184 GRAND AVENUE
                                                                       ENGLEWOOD, NJ  07631

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/14/2018 | $1,500.00 | 5391135000 | 11/21/2018 | $1,500.00 | 5407636000 |

**Total Receipts: $3,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 171.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BRYANT STATE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | FABER ASSOCIATES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 646.57 | 0.00% | 0.00 | 0.00 |
| 0009 | FIRST SAVINGS CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | GUY MITCHELL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | INTERNAL REVENUE SERVICE | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MICHAEL TRIFFIN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | MIDNIGHT VELVET | UNSECURED | 293.48 | 0.00% | 0.00 | 0.00 |
| 0014 | NANCY ESPINOZA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | ORADELL ANIMAL HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | SEBRING ASSOC./EXCELSIOR, LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | STATE OF NJ DIV OF TAXATION | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | TROJAN PROFESSIONAL SERVICES, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | US BANK NATIONAL ASSOC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | WATER WORKS PLUMBING & HEATING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | INTERNAL REVENUE SERVICE | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0030 | CAPITAL ONE BANK | UNSECURED | 2,158.03 | 0.00% | 0.00 | 0.00 |
| 0031 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 1,298,603.24 | 100.00% | 0.00 | 0.00 |
| 0032 | UNITED STATES TREASURY/IRS | PRIORITY | 1,172,462.32 | 0.00% | 0.00 | 0.00 |
| 0033 | UNITED STATES TREASURY/IRS | UNSECURED | 1,991,767.08 | 0.00% | 0.00 | 0.00 |

**Total Paid: $171.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $3,000.00        -    Paid to Claims: $0.00    -    Admin Costs Paid: $171.00    =    Funds on Hand: $2,829.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.