UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Specialized Loan Servicing, et al.

In Re:

Stephen J. Conte,

Debtor.

Case No.:     18-29278-JKS

Chapter:     13

Hearing Date:     1/24/2019

Judge:     Sherwood

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled          ☐  Withdrawn

Matter:  Motion for Relief from Stay re: 396 Fairview Avenue (Docket # 18)

_____

Date: 1/24/2019                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*