UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

**Order Filed on February 18, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

IN RE:

STEPHEN J. CONTE, JR.

Case No.:  18-29278JKS

Hearing Date:  2/14/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: February 18, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 18-29278JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 02/14/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that case will be dismissed at the 4/11/19 confirmation hearing if debtor is not current with plan payments, if the tax issue is not resolved and if the 341a meeting of creditors has not been conducted before this date.