UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on April 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN RE:

STEPHEN J. CONTE, JR.

Case No.:  18-29278JKS

Hearing Date:  4/11/2019

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: April 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 18-29278JKS

Caption of Order:   INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 04/11/2019 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must convert to Chapter 11 by 4/22/2019 or the case will be dismissed without further notice or hearings to debtor or debtor's attorney.