| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

Case No.: _____

Chapter: _____

In Re:                                        Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**SERVICE LIST**

| | | |
|---|---|---|
| 396 Management Group, LLC<br>396 Fairview Avenue<br>Paramus, NJ 07652 | Guy Mitchell<br>White House Chef Tour<br>800 Trenton Road Apt. 159<br>Langhorne, PA 19047 | Sebring Assoc. Excelsior LLC<br>170 Prospect Avenue<br>Hackensack, NJ 07601 |
| Allstate Insurance Co.<br>PO Box 660598<br>Dallas, TX 75266 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | State of NJ Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 |
| Bryant State Bank<br>500 E. 60th Street<br>Sioux Falls, SD 57104 | Michael Triffin<br>5131 Township Line Road<br>PO 551<br>Drexel Hill, PA 19026 | Thomas Murphy, Esq.<br>381 Franklin Avenue<br>Belleville NJ 07109 |
| Capital One Bank<br>10700 Capital One Way<br>Richard, VA 23060 | Midnight 7th Avenue<br>1112 7th Avenue<br>PO Box 2816<br>Monroe, WI 53566 | Trojan Professional Services Inc.<br>PO Box 1270<br>Los Alamitos, CA 90720 |
| Capital One Bank NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380 | Water Works Plumbing & Heating<br>20 Booker Street<br>Westwood, NJ 07675 |
| Continental Insurance Company<br>333 South Wabash Avenue<br>Chicago, IL 60604 | Nancy Espinoza<br>c/o Kiernan & Campbell<br>175 Fairfield Avenue<br>West Caldwell, NJ 07006 | Premier Bankcard LLC<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| Encompass Insurance<br>c/o NJ Dept. of Banking & Insurance<br>153 Halsey Street #2<br>Newark, NJ 07102 | Oradell Animal Hospital<br>580 Winters Avenue<br>Paramus, NJ 07652 | |
| Faber Associates<br>1111 Paulison Avenue #1<br>Clifton, NJ 07011 | Patricia Conte<br>396 Fairview Avenue<br>Paramus, NJ 07652 | |
| First Premier Bank<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107 | Pressler Felt & Warshaw<br>7 Entin Road<br>Parsippany, NJ 07054 | |

**SERVICE LIST**

| | |
|---|---|
| First Savings Credit Card | RAS Citron LLC |
| 500 E. 60th Street | 130 Clinton Road, Suite 202 |
| Sioux Falls, SD 57104 | Fairfield, NJ 07004 |