| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, NJ 07631<br>(201) 871-1333<br>Attorneys for Debtor<br>By: John O'Boyle, Esq. (JO - 6337)<br>joboyle@norgaardfirm.com | Case No.: 18-29278<br><br>Chapter: 11 |
| In Re:<br><br>STEPHEN J. CONTE, JR.<br><br>Debtor. | Adv. No.:<br><br>Hearing Date:<br><br>Judge: John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, _Eleanor A. King_ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _Norgaard O'Boyle_, who represents _Debtor_ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _May 17, 2019_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    APPLICATION FOR RETENTION OF PROFESSIONAL, STEPHEN J. CONTE, JR., CERTIFICATION IN SUPPORT THEREOF, & PROPOSED FORM OF ORDER.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _5/17/2019_                                                            /s/ Eleanor A. King
                                                                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon, Esq.<br>KML Law Group<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Standing Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Trustee's Office<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| All Parties on Attached Service List | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

**SERVICE LIST**

| | | |
|---|---|---|
| 396 Management Group, LLC<br>396 Fairview Avenue<br>Paramus, NJ 07652 | Guy Mitchell<br>White House Chef Tour<br>800 Trenton Road Apt. 159<br>Langhorne, PA 19047 | Sebring Assoc. Excelsior LLC<br>170 Prospect Avenue<br>Hackensack, NJ 07601 |
| Allstate Insurance Co.<br>PO Box 660598<br>Dallas, TX 75266 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | State of NJ Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695 |
| Bryant State Bank<br>500 E. 60th Street<br>Sioux Falls, SD 57104 | Michael Triffin<br>5131 Township Line Road<br>PO 551<br>Drexel Hill, PA 19026 | Thomas Murphy, Esq.<br>381 Franklin Avenue<br>Belleville NJ 07109 |
| Capital One Bank<br>10700 Capital One Way<br>Richard, VA 23060 | Midnight 7th Avenue<br>1112 7th Avenue<br>PO Box 2816<br>Monroe, WI 53566 | Trojan Professional Services Inc.<br>PO Box 1270<br>Los Alamitos, CA 90720 |
| Capital One Bank NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Midnight Velvet<br>c/o Creditors Bankruptcy Service<br>PO Box 800849<br>Dallas, TX 75380 | Water Works Plumbing & Heating<br>20 Booker Street<br>Westwood, NJ 07675 |
| Continental Insurance Company<br>333 South Wabash Avenue<br>Chicago, IL 60604 | Nancy Espinoza<br>c/o Kiernan & Campbell<br>175 Fairfield Avenue<br>West Caldwell, NJ 07006 | Premier Bankcard LLC<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| Encompass Insurance<br>c/o NJ Dept. of Banking & Insurance<br>153 Halsey Street #2<br>Newark, NJ 07102 | Oradell Animal Hospital<br>580 Winters Avenue<br>Paramus, NJ 07652 | |
| Faber Associates<br>1111 Paulison Avenue #1<br>Clifton, NJ 07011 | Patricia Conte<br>396 Fairview Avenue<br>Paramus, NJ 07652 | |
| First Premier Bank<br>3820 N Louise Avenue<br>Sioux Falls, SD 57107 | Pressler Felt & Warshaw<br>7 Entin Road<br>Parsippany, NJ 07054 | |

**SERVICE LIST**

First Savings Credit Card
500 E. 60th Street
Sioux Falls, SD 57104

RAS Citron LLC
130 Clinton Road, Suite 202
Fairfield, NJ 07004