UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtor
By:  John O'Boyle, Esq. (JO - 6337)
     joboyle@norgaardfirm.com

Order Filed on May 30, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

STEPHEN J. CONTE, JR.,

Debtor.

Case No.:	18-29278
Hearing Date:	May 23, 2019
Judge:	John K. Sherwood
Chapter:	13

## ORDER CONVERTING CASE TO CHAPTER 11

The relief set forth on the following pages, numbered two (2) and three (3), is **ORDERED**.

**DATED: May 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of _____the Debtor, Stephen J. Conte, Jr._____ and for good cause shown, it is

ORDERED that this case is converted from chapter __13__ to chapter 11, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file amendments to previously filed schedules and statements as necessary, and it is further

- ☒ ORDERED that if the movant is the debtor, and the filing fee for the underlying motion to convert has not been paid, the fee in the amount of __$932.00__ is due immediately. If the fee is not paid within 14 days of the date of this order the case will be dismissed without further notice, and it is further

- ❏ ORDERED that if the case is converting from chapter 7, and the filing fee under that chapter was waived via prior order of this court, the Order is hereby revoked and the debtor must pay the chapter 11 filing fee in the amount of _____ in full or if the debtor is an individual, file an Application to Pay in Installments within 14 days of the date of this order or the case will be dismissed without further notice, and it is further

ORDERED that:

- ❏ the United State Trustee shall immediately appoint a chapter 11 trustee in this case, and it is further

ORDERED that the chapter __13__ trustee shall:

- • immediately turnover to the debtor, or the chapter 11 trustee if one has been appointed, all records and property of the estate in his/her custody or control,

- ☒ within 30 days of the date of this order, file an accounting of all receipts and distributions made, together with a report on the administration of the case as required by 11 U.S.C. § 704(a)(9),

- ☒ within 30 days of the date of this Order file a Request for Payment of Administrative Expenses, if appropriate, and it is further

ORDERED that:

- ❏ the conversion is conditioned upon payment by the debtor(s) of all allowed chapter __13__ administrative expenses within _____ days, and it is further

ORDERED that:

- ❏ the case shall not be dismissed in the event the debtor is unsuccessful in confirming a plan, but shall be converted to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- if the debtor is a corporation, a list of equity security holders as required by Fed. R. Bankr. P. 1007(a)(3),

- a list containing the debtor's 20 largest unsecured creditors as required by Fed. R. Bankr. P. 1007(d), and it is further

ORDERED that if the debtor fails to file the documents set forth above within 14 days of the date of this Order, the case shall be dismissed or converted to chapter 7 without further notice. If you object to the dismissal or conversion of the case, you may submit a response in writing setting forth the reasons why the action would not be proper. Such response must be received by the court prior to the expiration of the 14 day submission period.

*rev.8/1/15*