| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

**SERVICE LIST**

396 Management Group, LLC
396 Fairview Avenue
Paramus, NJ 07652

Guy Mitchell
White House Chef Tour
800 Trenton Road Apt. 159
Langhorne, PA 19047

Sebring Assoc. Excelsior LLC
170 Prospect Avenue
Hackensack, NJ 07601

Allstate Insurance Co.
PO Box 660598
Dallas, TX 75266

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

State of NJ Division of Taxation
PO Box 245
Trenton, NJ 08695

Bryant State Bank
500 E. 60th Street
Sioux Falls, SD 57104

Michael Triffin
5131 Township Line Road
PO 551
Drexel Hill, PA 19026

Thomas Murphy, Esq.
381 Franklin Avenue
Belleville NJ 07109

Capital One Bank
10700 Capital One Way
Richard, VA 23060

Midnight 7th Avenue
1112 7th Avenue
PO Box 2816
Monroe, WI 53566

Trojan Professional Services Inc.
PO Box 1270
Los Alamitos, CA 90720

Capital One Bank NA
PO Box 71083
Charlotte, NC 28272-1083

Midnight Velvet
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas, TX 75380

Water Works Plumbing & Heating
20 Booker Street
Westwood, NJ 07675

Continental Insurance Company
333 South Wabash Avenue
Chicago, IL 60604

Nancy Espinoza
c/o Kiernan & Campbell
175 Fairfield Avenue
West Caldwell, NJ 07006

Premier Bankcard LLC
Jefferson Capital Systems LLC
PO Box 7999
St. Cloud, MN 56302-9617

Encompass Insurance
c/o NJ Dept. of Banking & Insurance
153 Halsey Street #2
Newark, NJ 07102

Oradell Animal Hospital
580 Winters Avenue
Paramus, NJ 07652

Faber Associates
1111 Paulison Avenue #1
Clifton, NJ 07011

Patricia Conte
396 Fairview Avenue
Paramus, NJ 07652

First Premier Bank
3820 N Louise Avenue
Sioux Falls, SD 57107

Pressler Felt & Warshaw
7 Entin Road
Parsippany, NJ 07054

**SERVICE LIST**

| | |
|---|---|
| First Savings Credit Card | RAS Citron LLC |
| 500 E. 60th Street | 130 Clinton Road, Suite 202 |
| Sioux Falls, SD 57104 | Fairfield, NJ 07004 |