UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtor
By:  John O'Boyle, Esq. (JO - 6337)
     joboyle@norgaardfirm.com

**Order Filed on May 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 18-29278 |
| STEPHEN J. CONTE, JR., | Chapter: 11 |
| Debtor. | Judge: John K. Sherwood |

**ORDER AUTHORIZING RETENTION OF**

_____Accountant to Debtor_____

The relief set forth on the following page is **ORDERED**.

**DATED: May 29, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __Burke, Grbelja & Symeonides LLC__
as __Accountants to the Debtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Burke Grbelja & Symeonides, LLC
   201 West Passaic Street, Ste. 301
   Rochelle Park, NJ  07662

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Stephen J. Conte, Jr.
    Debtor

Case No. 18-29278-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: May 29, 2019
　　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db　　　　　　Stephen J. Conte, Jr.,　　395 North Farview Avenue,　　Paramus, NJ  07652
aty　　　　　+Norgaard O'Boyle,　184 Grand Ave,　Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019　　　　　　　　　　　　　　　　　　　　Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
　　　　　　Brian Gregory Hannon　　on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
　　　　　　　sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
　　　　　　Denise E. Carlon　　on behalf of Creditor　　US Bank National Association, As Successor Trustee to
　　　　　　　Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
　　　　　　　As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　Denise E. Carlon　　on behalf of Creditor　　Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
　　　　　　　National Association, as Trustee, successor in interest to Bank of America, National Association,
　　　　　　　as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,　bkgroup@kmllawgroup.com
　　　　　　John O'Boyle　　on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
　　　　　　　sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
　　　　　　Marie-Ann Greenberg　　magecf@magtrustee.com
　　　　　　Rebecca Ann Solarz　　on behalf of Creditor　　Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
　　　　　　　Bank National Association, as Trustee, successor in interest to Bank of America, National
　　　　　　　Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
　　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7