UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Attorneys for Debtor
By:  John O'Boyle, Esq. (JO - 6337)
      joboyle@norgaardfirm.com

Order Filed on July 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   STEPHEN J. CONTE, JR.,

                              Debtor.

Case No.:      18-29278

Chapter:          11

Judge:     John K. Sherwood

## ORDER AUTHORIZING RETENTION OF

Special Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: July 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Archer, PC_____
as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Court Plaza South, West Wing
   21 Main Street, Ste. 353
   Hackensack, NJ  07601-7095

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*