Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephen J. Conte Jr.
    395 North Farview Avenue
    Paramus, NJ 07652

Social Security No.:
    xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Michael A. Artis on behalf of U.S. Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐    The corporate debtor is self−represented.

  ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 10/29/19
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: October 7, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                   Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Oct 07, 2019
                              Form ID: 170             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2019.
```
db             Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ 07652
aty           +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
sp             Archer, PC,    Court Plaza South,West Wing,    21 Main Street, Ste. 353,
               Hackensack, NJ 07601-7095
acc           +Burke, Grbelja & Symeonides, LLC,    201 West Passaic Street, STe. 301,
               Rochelle Park, NJ 07662-3126
517781627     +396 Management Group, LLC,    396 Farview Avenue,    Paramus, NJ 07652-4630
517781628     +Allstate Insurance Co.,    Box 660598,    Dallas, TX 75266-0598
517781629     +Bryant State Bank,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
517781631    #+Continental Insurance Company,    333 South Wabash Avenue,    Chicago, IL 60604-4253
517781632     +Encompass Insurance,    c/o NJ Dept. of Banking and Insurance,    153 Halsey Street #2,
               Newark, NJ 07102-2828
517781635    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,    500 E. 60th Street,
               Sioux Falls, SD 57104)
517781633     +Faber Associates,    1111 Paulison Avenue,    #1,    Clifton, NJ 07011-3661
517781634     +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
517781636     +Guy MItchell,    White House Chef Tour,    800 Trenton Road,    Apt. 159,
               Langhorne, PA 19047-5666
517781638     +Michael Triffin,    5131 Township Line Road,    Box 551,    Drexel Hill, PA 19026-4813
517781640     +Nancy Espinoza,    c/o Kiernan & Campbell,    175 Fairfield Avenue,
               West Caldwell, NJ 07006-6425
517781641     +Oradell Animal Hospital,    580 Winters Avenue,    Paramus, NJ 07652-3902
517781642     +Patricia Conte,    396 Farview Avenue,    Paramus, NJ 07652-4630
517781643     +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517781644     +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517781646    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
517781645     +Sebring Assoc./Excelsior, LLC,    170 Prospect Avenue,    Hackensack, NJ 07601-1820
517781647     +Thomas M. Murphy, Esq.,    381 Franklin Avenue,    Belleville, NJ 07109-1703
517781648     +Trojan Professional Services, Inc.,    Box 1270,    Los Alamitos, CA 90720-1270
517841418     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517781649    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank National Assoc,    425 Walnut Street,    Cincinnati, OH 45202)
517781650     +Water Works Plumbing & Heating,    20 Booker Street,    Westwood, NJ 07675-2618
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: cio.bncmail@irs.gov Oct 08 2019 00:14:11      Dist Dir of IRS,
               Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 08 2019 00:14:53      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 08 2019 00:14:52      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517781630     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 00:22:33      Capital One Bank,
               10700 Capital One Way,    Richmond, VA 23060-9243
517899992      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 08 2019 00:21:30
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
518308377     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 08 2019 00:24:08
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517781639     +E-mail/Text: bankruptcy@sccompanies.com Oct 08 2019 00:15:49      Midnight Velvet,
               1112 7th AVenue,    Box 2816,    Monroe, WI 53566-1364
517854934     +E-mail/Text: bankruptcy@sccompanies.com Oct 08 2019 00:15:49      Midnight Velvet,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517852458     +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 08 2019 00:15:09      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518356305      E-mail/Text: bnc-quantum@quantum3group.com Oct 08 2019 00:14:47
               Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 10
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517781637*      Internal Revenue Service,    Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2                  User: admin                  Page 2 of 2                  Date Rcvd: Oct 07, 2019
                                      Form ID: 170                 Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:

```
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```