**U.S. Department of Justice**

Office of the United States Trustee
District of New Jersey

One Newark Center  (973) 645-3014 Telephone
Suite 2100  (973) 645-5993 Facsimile
Newark, New Jersey 07102

October 25, 2019

**Via ECF Only**
Chambers of Judge John K. Sherwood
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Subject:** **Stephen J. Conte, Jr.
Case No.:18-29278(JKS)
Withdrawal of Motion to Convert/Dismiss
Returnable: 10/29/19 at 10:00 a.m.**

Dear Judge Sherwood:

Please be advised that on behalf of the Acting United States Trustee, I am withdrawing the U.S. Trustee's Motion to Convert/Dismiss for Abuse in the above matter returnable on October 29, 2019, at 10:00 am. The Debtor has filed the outstanding monthly operating reports and produced the majority of the information requested by the U.S. Trustee. I have also notified my adversary of the withdrawal of this motion.

Should you have any questions, please do not hesitate to contact me.

Thank you for your courtesies.

Very truly yours,

*/s/ Michael A. Artis*
Michael A. Artis
Trial Attorney