UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Attorneys for Debtor-in-Possession
By: John O'Boyle, Esq. (JO - 6337)
joboyle@norgaardfirm.com

Order Filed on November 25,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

STEPHEN J. CONTE, JR.,

            Debtor.

| | |
|---|---|
| Case No.: | 18-29278 |
| Hearing Date: | Nov. 21, 2019 |
| Judge: | John K. Sherwood |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 25, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norgaard, O'Boyle & Hannon | $17,580.50 | $1,384.63 |

Applicants are permitted to seek payment of the amounts allowed above, less the $10,402.86 previously received.

*rev.8/1/15*