| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631<br>(201) 871-1333<br>Attorneys for Debtor-in-Possession<br>By: John O'Boyle, Esq. (JO - 6337)<br>joboyle@norgaardfirm.com | Order Filed on March 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEPHEN J. CONTE, JR.,<br><br>                Debtor. | Case No.: 18-29278<br><br>Hearing Date: March 19, 2020<br><br>Judge: Sherwood<br><br>Chapter: 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norgaard, O'Boyle & Hannon | $24,034.00 | $7.55 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                               Chapter 11
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2           User: admin                Page 1 of 1        Date Rcvd: Mar 20, 2020
                               Form ID: pdf903            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db              Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ   07652
aty            +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John  O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              John  O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```