| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | **Order Filed on July 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **McMANIMON, SCOTLAND<br>& BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Attorneys for Allstate Insurance<br>Company, and related entities* | |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>                Debtor. | Case No. 18-29278(JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J.<br><br>Hearing Date and Time:<br>June 23, 2020, at 10:00 a.m. |

## ORDER EXTENDING TIME FOR ALLSTATE TO FILE PROOF OF CLAIM

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 1, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption of Order: | Order Extending Time for Allstate to File Proof of Claim |

**THIS MATTER**, having been presented to the Court by McManimon, Scotland & Baumann, LLC, special counsel to creditor Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), upon the filing of a motion for entry of an Order extending time for Allstate to file a proof of claim pursuant to Fed. R. Bankr. P. 3002(c)(6) and 3003(c)(3) (the "Motion"); and the Court having considered the pleadings filed in support of the Motion, and opposition thereto, if any; and the Court having heard oral argument of Creditor's counsel in support of the Motion, and opposition thereto, if any; and for other good cause having been shown;

**IT IS HEREBY ORDERED** as follows:

1. The Motion be and hereby is granted;

2. The Proof of Claim filed by Allstate on May 20, 2020 as Claim No. 11 is hereby deemed timely filed.

4846-3961-2350, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  
Stephen J. Conte, Jr.  
    Debtor

Case No. 18-29278-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 01, 2020  
                  Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.  
db        Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ  07652  
aty      +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:

        Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com  
        Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com  
        John O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        John O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com  
        Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company jraymond@msbnj.com  
        Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com  
        Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com  
        Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com  
        Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company jraymond@msbnj.com  
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov  
        Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com  
        Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 18