Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       8/6/20
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$40,949.00

EXPENSES
$347.80

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 6, 2020
JAN: mg

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2              Date Rcvd: Jul 06, 2020
                              Form ID: 137                Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.

```
db             Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ 07652
aty           +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
aty           +Norgaard, O'Boyle & Hannon,    184 Grand Avenue,    184 Grand Avenue,    Englewood, NJ 07631-3578
cr            +Allstate Insurance Company,    McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,
                Roseland, NJ 07068-3737
sp             Archer, PC,    Court Plaza South,West Wing,    21 Main Street, Ste. 353,
                Hackensack, NJ  07601-7095
acc           +Burke, Grbelja & Symeonides, LLC,    201 West Passaic Street, STe. 301,
                Rochelle Park, NJ 07662-3126
cr            +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 5703,
                Clearwater, FL 33758-5703
517781627     +396 Management Group, LLC,    396 Farview Avenue,    Paramus, NJ 07652-4630
517781628     +Allstate Insurance Co.,    Box 660598,    Dallas, TX 75266-0598
518839813     +Allstate Insurance Company,    1130 Route 22 East, Suite 100,    Bridgewater, NJ 08807-2985
517781629     +Bryant State Bank,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
517781631     +Continental Insurance Company,    333 South Wabash Avenue,    Chicago, IL 60604-4107
517781632     +Encompass Insurance,    c/o NJ Dept. of Banking and Insurance,    153 Halsey Street #2,
                Newark, NJ 07102-2828
517781635    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: First Savings Credit Card,    500 E. 60th Street,
                Sioux Falls, SD 57104)
517781633     +Faber Associates,    1111 Paulison Avenue,    #1,    Clifton, NJ 07011-3661
517781634     +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
517781636     +Guy MItchell,    White House Chef Tour,    800 Trenton Road,    Apt. 159,
                Langhorne, PA 19047-5666
517781638     +Michael Triffin,    5131 Township Line Road,    Box 551,    Drexel Hill, PA 19026-4813
517781640     +Nancy Espinoza,    c/o Kiernan & Campbell,    175 Fairfield Avenue,
                West Caldwell, NJ 07006-6425
517781641     +Oradell Animal Hospital,    580 Winters Avenue,    Paramus, NJ 07652-3902
517781642     +Patricia Conte,    396 Farview Avenue,    Paramus, NJ 07652-4630
517781643     +Pressler, Felt & Warshaw,    7 Entin Road,    Parsippany, NJ 07054-5020
517781644     +RAS Citron, LLC,    130 Clinton Road,    Suite 202,    Fairfield, NJ 07004-2927
517781646    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of NJ Div of Taxation,    Box 245,    Trenton, NJ 08695)
517781645     +Sebring Assoc./Excelsior, LLC,    170 Prospect Avenue,    Hackensack, NJ 07601-1820
518524993     +Stephen J. Conte, Jr.,    396 North Farview Avenue,    Paramus, NJ 07652-4630
517781647     +Thomas M. Murphy, Esq.,    381 Franklin Avenue,    Belleville, NJ 07109-1703
517781648     +Trojan Professional Services, Inc.,    Box 1270,    Los Alamitos, CA 90720-1270
517841418     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517781649    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank National Assoc,    425 Walnut Street,    Cincinnati, OH 45202)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 07 2020 00:32:04      Dist Dir of IRS,
               Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 00:32:48      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 00:32:45      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517781630     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:37:14      Capital One Bank,
               10700 Capital One Way,    Richmond, VA 23060-9243
517899992      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 07 2020 00:38:35
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
518308377     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2020 00:50:26
               Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517781650      E-mail/Text: accountspayable@goldmedalservice.com Jul 07 2020 00:31:46
               Water Works Plumbing & Heating,    20 Booker Street,    Westwood, NJ 07675
517781639     +E-mail/Text: bankruptcy@sccompanies.com Jul 07 2020 00:33:43      Midnight Velvet,
               1112 7th AVenue,    Box 2816,    Monroe, WI 53566-1364
517854934     +E-mail/Text: bankruptcy@sccompanies.com Jul 07 2020 00:33:43      Midnight Velvet,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
517852458     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 07 2020 00:33:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518356305      E-mail/Text: bnc-quantum@quantum3group.com Jul 07 2020 00:32:39
               Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 11
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jul 06, 2020
                                  Form ID: 137             Total Noticed: 41
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517781637*       Internal Revenue Service,   Box 7346,   Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2020 at the address(es) listed below:

```
          Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
           National Association, as Trustee, successor in interest to Bank of America, National Association,
           as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
           Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
           As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin   Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
           Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
          Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
          John  O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John  O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          John  O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com
          Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company
           jraymond@msbnj.com
          Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com
          Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
           jraymond@msbnj.com
          Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com
          Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com
          Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
           Bank National Association, as Trustee, successor in interest to Bank of America, National
           Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
          Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com,
           cdeangelis@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 18
```