UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue, Suite 201
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq.
Joshua H. Raymond, Esq.
*Attorneys for Allstate Insurance*
*Company, and related entities*

**Order Filed on August 20, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

STEPHEN J. CONTE, JR.,

               Debtor.

Case No. 18-29278(JKS)

Chapter 11

Honorable John K. Sherwood, U.S.B.J.

Hearing Date and Time:
August 11, 2020, at 10:00 a.m.

**ORDER APPOINTING A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. § 1104(a)**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

| Debtor: | Stephen J. Conte, Jr. |
|---|---|
| Case No.: | 18-29278 (JKS) |
| Caption of Order: | Order Appointing A Chapter 11 Trustee Pursuant to 11 U.S.C. §1104(a) |

**THIS MATTER**, having been presented to the Court by McManimon, Scotland & Baumann, LLC, special counsel to creditor Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), upon the filing of a motion for entry of an Order appointing a Chapter 11 trustee pursuant to 11 U.S.C. §1104(a) (the "Motion"); and the Court having considered the pleadings filed in support of the Motion, and opposition thereto, if any; and the Court having heard oral argument of Creditor's counsel in support of the Motion, and opposition thereto, if any; and for other good cause having been shown;

**IT IS HEREBY ORDERED** as follows:

1.    The Motion be and hereby is granted;

2.    A Chapter 11 Trustee shall be immediately appointed pursuant to 11 U.S.C. §1104(a).

United States Bankruptcy Court
District of New Jersey

In re:
Stephen J. Conte, Jr.
      Debtor

Case No. 18-29278-JKS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Aug 20, 2020
                             Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db              Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ 07652
aty            +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020

Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
          Brian Gregory Hannon   on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Cassandra C. Norgaard   on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Denise E. Carlon   on behalf of Creditor   Morgan Stanley Mortgage loan Trust 2007-1XS, U.S. Bank
           National Association, as Trustee, successor in interest to Bank of America, National Association,
           as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   US Bank National Association, As Successor Trustee to
           Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
           As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
           Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
          Jerrold S. Kulback   on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
          John  O'Boyle   on behalf of Attorney   Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John  O'Boyle   on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John  O'Boyle   on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          John  O'Boyle   on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
          Joshua H. Raymond   on behalf of Plaintiff   Allstate New Jersey Insurance Company
           jraymond@msbnj.com
          Joshua H. Raymond   on behalf of Plaintiff   Allstate Insurance Company jraymond@msbnj.com
          Joshua H. Raymond   on behalf of Plaintiff   Allstate Property and Casualty Insurance Company
           jraymond@msbnj.com
          Joshua H. Raymond   on behalf of Plaintiff   Allstate New Jersey Property jraymond@msbnj.com
          Joshua H. Raymond   on behalf of Plaintiff   Allstate Indemnity Company jraymond@msbnj.com
          Joshua H. Raymond   on behalf of Creditor   Allstate Insurance Company jraymond@msbnj.com
          Michael A. Artis   on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
          Rebecca Ann Solarz   on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
           Bank National Association, as Trustee, successor in interest to Bank of America, National
           Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
          Richard D. Trenk   on behalf of Defendant   Allstate Insurance Company and Related Entities
           rtrenk@msbnj.com, cdeangelis@msbnj.com
          Richard D. Trenk   on behalf of Creditor   Allstate Insurance Company rtrenk@msbnj.com,
           cdeangelis@msbnj.com
          Richard D. Trenk   on behalf of Plaintiff   Allstate Insurance Company rtrenk@msbnj.com,
           cdeangelis@msbnj.com

District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 20, 2020
                             Form ID: pdf903           Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company
             rtrenk@msbnj.com,  cdeangelis@msbnj.com
          Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com,
             cdeangelis@msbnj.com
          Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
             rtrenk@msbnj.com,  cdeangelis@msbnj.com
          Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com,
             cdeangelis@msbnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 26