| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>*By:  John O'Boyle, Esq. (JO - 6337)*<br>    *joboyle@norgaardfirm.com* | Order Filed on August 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>   Stephen J. Conte, Jr.,<br><br><br>                                             Debtor. | Case No.: 18-29278 JKS<br><br>Hearing Date: August 6, 2020 |

## ORDER GRANTING ALLOWANCES IN PART

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 20, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Stephen J. Conte, Jr.
Case No. 18-29278 JKS
ORDER GRANTING ALLOWANCES IN PART

_____

THIS MATTER came to the attention of the court upon the Third Interim Application of Norgaard, O'Boyle & Hannon ("Applicants") for compensation for their services as counsel to the Debtor from February 11, 2020 to June 5, 2020 in the amount of $40,949.00, and for reimbursement of Expenses incurred during the same period in the amount of $347.80. Allstate New Jersey Insurance Company and Related Entities ("Allstate") opposed the application. At a hearing conducted August 6, 2020, the Court directed submission of this order resolving the matter. The Court finds good cause to make this order.

It is ORDERED as follows:

1. Applicants are allowed reimbursement of expenses incurred from February 11, 2020 to June 5, 2020 in the amount of $347.80.

2, Applicants are allowed compensation for their services from February 11, 2020 to June 5, 2020 in the amount of $25,000.00.

3. The Court neither allows nor disallows the $15,949.00 balance of Applicants' Third Interim request for compensation. Applicants are permitted to reapply for allowance of such balance at a later date. Applicants shall provide Allstate's counsel with written notice of any re-application for allowance of such balance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Aug 20, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2020.
db              Stephen J. Conte, Jr.,   395 North Farview Avenue,    Paramus, NJ  07652
aty            +Norgaard O'Boyle,   184 Grand Ave,   Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2020 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
              Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
              John O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              Richard D. Trenk    on behalf of Defendant    Allstate Insurance Company and Related Entities
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 20, 2020
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com, cdeangelis@msbnj.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 26