UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Michael A. Artis, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

Order Filed on August 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:.

Stephen J. Conte, Jr.,

Debtor.

Case No.: 18-29278 (JKS)

Chapter 11

Hearing Date:

Judge: John K. Sherwood

# ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE BY UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 26, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Stephen J. Conte, Jr.

Chapter 11, Case No. 18-29278(JKS)

Order Approving the Appointment of a Chapter 11 Trustee

_____

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of Jeffrey T. Testa in the above captioned case, it is hereby

**ORDERED** that the appointment of Jeffrey T. Testa as the Chapter 11 trustee is **APPROVED.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                          Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                 Page 1 of 2            Date Rcvd: Aug 26, 2020
                              Form ID: pdf903             Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
db             Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ 07652
aty           +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com, J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
              John O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael S. Horn    on behalf of Debtor Stephen J. Conte, Jr. mhorn@archerlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              Richard D. Trenk    on behalf of Defendant    Allstate Insurance Company and Related Entities
               rtrenk@msbnj.com,    cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2            Date Rcvd: Aug 26, 2020
                               Form ID: pdf903          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D. Trenk    on behalf of Plaintiff    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 28
```