Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Stephen J. Conte Jr.
    395 North Farview Avenue
    Paramus, NJ 07652

Social Security No.:
    xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/29/20 at 10:00 AM

to consider and act upon the following:

*179* − Application For Retention of Professional Cole Schotz P.C. as Counsel to the Chapter 11 Trustee Nunc Pro Tunc to August 24, 2020 Filed by Ryan T. Jareck on behalf of Jeffrey Thomas Testa. Objection deadline is 9/2/2020. (Attachments: # 1 Certification of Professional in Support of Application for Retention Nunc Pro Tunc to August 24, 2020 # 2 Proposed Order) (Jareck, Ryan)

*181* − Certification in Opposition to Application to Retain Counsel (related document:179 Application For Retention of Professional Cole Schotz P.C. as Counsel to the Chapter 11 Trustee Nunc Pro Tunc to August 24, 2020 Filed by Ryan T. Jareck on behalf of Jeffrey Thomas Testa. Objection deadline is 9/2/2020. (Attachments: # 1 Certification of Professional in Support of Application for Retention Nunc Pro Tunc to August 24, 2020 # 2 Proposed Order) filed by Trustee Jeffrey Thomas Testa) filed by John O'Boyle on behalf of Stephen J. Conte Jr.. (O'Boyle, John)

Dated: 9/2/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court