Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/29/20 at 10:00 AM

to consider and act upon the following:

*179* − Application For Retention of Professional Cole Schotz P.C. as Counsel to the Chapter 11 Trustee Nunc Pro Tunc to August 24, 2020 Filed by Ryan T. Jareck on behalf of Jeffrey Thomas Testa. Objection deadline is 9/2/2020. (Attachments: # 1 Certification of Professional in Support of Application for Retention Nunc Pro Tunc to August 24, 2020 # 2 Proposed Order) (Jareck, Ryan)

*181* − Certification in Opposition to Application to Retain Counsel (related document:179 Application For Retention of Professional Cole Schotz P.C. as Counsel to the Chapter 11 Trustee Nunc Pro Tunc to August 24, 2020 Filed by Ryan T. Jareck on behalf of Jeffrey Thomas Testa. Objection deadline is 9/2/2020. (Attachments: # 1 Certification of Professional in Support of Application for Retention Nunc Pro Tunc to August 24, 2020 # 2 Proposed Order) filed by Trustee Jeffrey Thomas Testa) filed by John O'Boyle on behalf of Stephen J. Conte Jr.. (O'Boyle, John)

Dated: 9/2/20

                          Jeanne Naughton
                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                     Chapter 11
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 2         Date Rcvd: Sep 02, 2020
                        Form ID: ntchrgbk        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
```
db              Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ 07652
aty            +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578
aty            +Norgaard, O'Boyle & Hannon,    184 Grand Avenue,    184 Grand Avenue,    Englewood, NJ 07631-3578
cr             +Allstate Insurance Company,    McManimon, Scotland & Baumann, LLC,    75 Livingston Avenue,
                 Roseland, NJ 07068-3737
sp              Archer, PC,    Court Plaza South,West Wing,    21 Main Street, Ste. 353,
                 Hackensack, NJ  07601-7095
acc            +Burke, Grbelja & Symeonides, LLC,    201 West Passaic Street, STe. 301,
                 Rochelle Park, NJ 07662-3126
cr             +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 5703,
                 Clearwater, FL 33758-5703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2020 at the address(es) listed below:
```
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com, J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
              John O'Boyle    on behalf of Attorney    Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com
```

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Sep 02, 2020
                                  Form ID: ntchrgbk        Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Michael S. Horn    on behalf of Debtor Stephen J. Conte, Jr. mhorn@archerlaw.com
        Rebecca Ann Solarz    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Defendant    Allstate Insurance Company and Related Entities rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company rtrenk@msbnj.com, cdeangelis@msbnj.com
        Ryan T. Jareck    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com, fpisano@coleschotz.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 29