Order Filed on September 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1 | |
| Ryan T. Jareck, Esq.<br>**COLE SCHOTZ P.C.**<br>25 Main Street<br>Hackensack, New Jersey 07601<br>T: 201-525-6278 \| F: 201-678-6278<br>rjareck@coleschotz.com<br>*Proposed Counsel to Chapter 11 Trustee* | |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>Debtor. | Bankr. Case No.: 18-29278 (JKS)<br><br>Honorable John K. Sherwood, U.S.B.J.<br><br>Chapter 11 |

### ORDER AUTHORIZING RETENTION OF COLE SCHOTZ P.C. AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE NUNC PRO TUNC TO AUGUST 24, 2020

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 10, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

40000/0544-21130493v1

(Page 2)
Debtor:            Stephen J. Conte, Jr.
Case No.:          18-29278-JKS
Caption of Order:  ORDER AUTHORIZING RETENTION OF COLE SCHOTZ P.C. AS ATTORNEYS FOR THE CHAPTER 11 TRUSTEE NUNC PRO TUNC TO AUGUST 24, 2020

Upon the applicant's request for authorization to retain <u>Cole Schotz P.C.</u> as <u>Attorneys for the Chapter 11 Trustee</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: <u>25 Main Street</u>
<u>Hackensack, New Jersey 07601</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied. ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is Nunc Pro Tunc to August 24, 2020.

40000/0544-21130493v1

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin            Page 1 of 2           Date Rcvd: Sep 10, 2020
                             Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db            Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ   07652
aty          +Norgaard O'Boyle,    184 Grand Ave,    Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin  Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
               Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com, J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com
              John  O'Boyle    on behalf of Attorney   Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John  O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John  O'Boyle    on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John  O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate New Jersey Property jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff    Allstate Indemnity Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Creditor    Allstate Insurance Company jraymond@msbnj.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael S. Horn    on behalf of Debtor Stephen J. Conte, Jr. mhorn@archerlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com
              Richard D. Trenk    on behalf of Defendant   Allstate Insurance Company and Related Entities
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Sep 10, 2020
                                  Form ID: pdf903          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D. Trenk    on behalf of Plaintiff    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               rtrenk@msbnj.com,   cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               rtrenk@msbnj.com,   cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Ryan T. Jareck    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com,
               fpisano@coleschotz.com
              Seth L. Dobbs    on behalf of Debtor Stephen J. Conte, Jr. sdobbs@aboylaw.com,  cward@aboylaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 30
```