| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Attorneys for Allstate New Jersey Insurance Company and Related Entities* | Order Filed on September 24, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>        Debtor. | Case No. 18-29278 (JKS)<br><br>Chapter 11<br><br>Hearing Date: September 15, 2020<br>Hearing Time: 10:00 a.m. |

### ORDER EXTENDING DEADLINE TO FILE NONDISCHARGEABILITY COMPLAINT AND OBJECTION TO DISCHARGE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 24, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:            Stephen J. Conte, Jr.
Case No:           18-29278 (JKS)
Caption of Order:  Order Extending Deadline to File Nondischargeability Complaint and Objection to Discharge

---

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), by and through its counsel, McManimon Scotland & Baumann, LLC, upon the filing of a motion to extend time to file a non-dischargeability adversary complaint and objection to discharge; and the Court having considered the moving papers, and any opposition; and the Court having heard oral argument, if any; and for good and sufficient cause existing for the making and entry of the within Order;

**IT IS HEREBY ORDERED** that Allstate's time to file a non-dischargeability adversary complaint be and is hereby extended ninety (90) days up to and including January 13, 2021, pursuant to 11 U.S.C. § 523(c) and Federal Rule of Bankruptcy Procedure 4007; and it is further

**ORDERED** that the Allstate's time to file an objection to discharge be and is hereby extended ninety (90) days up to and including January 13, 2021, pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004; and it is further

**ORDERED** that the entry of this order is without prejudice to Allstate's right to seek further extensions.

4850-5622-0876, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 24, 2020
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2020.
db            Stephen J. Conte, Jr.,    395 North Farview Avenue,    Paramus, NJ   07652
aty          +Norgaard O'Boyle,    184 Grand Ave,   Englewood, NJ 07631-3578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              Brian Gregory Hannon    on behalf of Debtor Stephen J. Conte, Jr. bhannon@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;
               dtakach@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Defendant Stephen J. Conte, Jr. cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.co
               m
              Denise E. Carlon    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank
               National Association, as Trustee, successor in interest to Bank of America, National Association,
               as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   US Bank National Association, As Successor Trustee to
               Bank of America, National Association (Successor by Merger to Lasalle Bank National Association)
               As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for
               Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com
              Jeffrey Thomas Testa    jtesta@mccarter.com, J118@ecfcbis.com,lrestivo@mccarter.com,
               agreen@mccarter.com
              Jerrold S. Kulback    on behalf of Debtor Stephen J. Conte, Jr. jkulback@archerlaw.com,
               chansen@archerlaw.com
              John O'Boyle    on behalf of Attorney   Norgaard, O'Boyle & Hannon joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Defendant Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Plaintiff Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              John O'Boyle    on behalf of Debtor Stephen J. Conte, Jr. joboyle@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
              Joshua H. Raymond    on behalf of Plaintiff   Allstate New Jersey Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff   Allstate Property and Casualty Insurance Company
               jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff   Allstate Insurance Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff   Allstate New Jersey Property jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Plaintiff   Allstate Indemnity Company jraymond@msbnj.com
              Joshua H. Raymond    on behalf of Creditor   Allstate Insurance Company jraymond@msbnj.com
              Michael A. Artis    on behalf of U.S. Trustee   U.S. Trustee michael.a.artis@usdoj.gov
              Michael S. Horn    on behalf of Debtor Stephen J. Conte, Jr. mhorn@archerlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S.
               Bank National Association, as Trustee, successor in interest to Bank of America, National
               Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

```
District/off: 0312-2                 User: admin                        Page 2 of 2                  Date Rcvd: Sep 24, 2020
                                     Form ID: pdf903                    Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard D. Trenk    on behalf of Defendant    Allstate Insurance Company and Related Entities
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Creditor    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Insurance Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Insurance Company
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Indemnity Company rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate Property and Casualty Insurance Company
               rtrenk@msbnj.com, cdeangelis@msbnj.com
              Richard D. Trenk    on behalf of Plaintiff    Allstate New Jersey Property rtrenk@msbnj.com,
               cdeangelis@msbnj.com
              Ryan T. Jareck    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com,
               fpisano@coleschotz.com
              Seth L. Dobbs    on behalf of Debtor Stephen J. Conte, Jr. sdobbs@aboylaw.com,
               TJANNICELLI@ABOYOUNDOBBS.COM
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 30
```