**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq.
Joshua H. Raymond, Esq.
*Attorneys for Allstate New Jersey Insurance Company and Related Entities*

**Order Filed on September 28, 2020**

**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

STEPHEN J. CONTE, JR.,

Debtor.

Case No.  18-29278 (JKS)

Chapter 11

Hearing Date: September 15, 2020
Hearing Time: 10:00 a.m.

**ORDER TO COMPEL STEVEN CONTE, SR., DO AND OPEN MRI
AND IMAGING OF ROCHELLE PARK, P.A. TO COMPLY WITH AND RESPOND
TO RULE 2004/9014 SUBPOENAS AND DENYING MOTION TO QUASH SUBPOENAS**

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: September 28, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption: | Order to Compel Stephen Conte, Sr., DO and Open MRI and Imaging of Rochelle Park, P.A. to Comply with and Respond to Rule 2004/9014 Subpoenas and Denying Motion to Quash Subpoenas |

_____

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), by and through their counsel, McManimon Scotland & Baumann, LLC, upon Motion for entry of an Order to compel Stephen Conte, Sr., DO ("Conte,. Sr.") and Open MRI and Imaging of Rochelle Park, P.A. ("Open MRI") to comply with and respond to Rule 2004 Subpoenas (the "Subpoenas") (the "Motion"); and Conte Sr. and Open MRI having filed a Motion to Quash the Subpoenas, by and through their attorneys Aboyoun Dobbs LLC, and the Court having heard oral argument on September 15, 2020 and good and sufficient notice of the Motion having been provided to Conte, Sr. and Open MRI; and for other good cause having been shown,

**IT IS HEREBY:**

**ORDERED**, that Allstate's Motion is hereby granted in its entirety; and it is further

**ORDERED**, that Stephen Conte, Sr., DO and Open MRI shall furnish any and all documents requested in the Subpoenas on a rolling basis with an initial production to be made no later than October 5, 2020 at 4:00 p.m. and shall produce all available documents to (i) Allstate's counsel McManimon, Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, Attn: Joshua H. Raymond, Esq.; and (ii) the Chapter 11 Trustee's counsel Cole Schotz, P.C. located at 25 Main Street, P.O Box 800, Hackensack, New Jersey 07602, Attn: Ryan T. Jareck, Esq.; and it is further

**ORDERED**, that no later than October 5, 2020, Stephen Conte, Sr., DO shall in writing provide Allstate's counsel and the Chapter 11 Trustee's counsel with dates when he will be

4851-7406-1516, v. 1

(Page 3)

Debtor:        Stephen J. Conte, Jr.
Case No.:      18-29278 (JKS)
Caption:       Order to Compel Stephen Conte, Sr., DO and Open MRI and Imaging of Rochelle
               Park, P.A. to Comply with and Respond to Rule 2004/9014 Subpoenas and Denying
               Motion to Quash Subpoenas

_____

available to appear to be deposed no later than October 30, 2020 at the offices of McManimon

Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 201, Roseland, New Jersey

07068[1], and it is further

     **ORDERED**, that Conte Sr. and Open MRI's Motion to Quash Subpoenas are denied in

their entirety; and it is further

     **ORDERED**, that the discovery required herein shall be subject to the entry of a Discovery

Confidentiality Order to be submitted by the parties on consent. To the extent the parties cannot

agree by September 29, 2020, any party may submit a proposed form of order.

_____

[1] To the extent necessary, the R. 2004 examinations shall be conducted through a virtual platform selected by Allstate; provided that the deponents shall **NOT** have access to any cell phone or other electronic chatroom or similar device or mode of communications while the depositions are ongoing or during breaks.

4851-7406-1516, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-29278-JKS

Stephen J. Conte, Jr.                                                          Chapter 11

     Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
           regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | |
| | on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | |
| | on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | |
| | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |
| | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor |

District/off: 0312-2                                    User: admin                                                    Page 2 of 3

Date Rcvd: Sep 29, 2020                              Form ID: pdf903                                        Total Noticed: 2

by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust
bk@stewartlegalgroup.com

Jeffrey Thomas Testa

jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback

on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle

on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle

on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle

on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle

on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Joshua H. Raymond

on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn

on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz

on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk

on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk

on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com  cdeangelis@msbnj.com

Ryan T. Jareck

on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs

on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

District/off: 0312-2                              User: admin                                    Page 3 of 3
Date Rcvd: Sep 29, 2020                          Form ID: pdf903                               Total Noticed: 2

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 30