| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, 2nd Floor <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Richard D. Trenk, Esq. <br> Joshua H. Raymond, Esq. <br> *Attorneys for Allstate New Jersey Insurance Company and Related Entities* | **Order Filed on October 7, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In re: <br><br> STEPHEN J. CONTE, JR., <br><br>         Debtor. | Case No.  18-29278 (JKS) <br><br> Chapter 11 <br><br> Hearing Date: September 15, 2020 <br> Hearing Time: 10:00 a.m. |

## ORDER DENYING DEBTOR'S MOTION TO QUASH SUBPOENAS

The relief set forth on the following pages numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: October 7, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:        Stephen J. Conte, Jr.
Case No.:      18-29278 (JKS)
Caption:       Order Denying Debtor's Motion to Quash Subpoenas.

_____

**THIS MATTER** having been opened to the Court by Stephen J. Conte, Jr. ("Debtor"), by and through his counsel, Norgaard, O'Boyle & Hannon upon Motion to Quash Subpoenas served upon the Debtor and Debtor's accountant Thomas Grbelja, CPA (the "Subpoenas") (the "Motion"); and opposition having be filed by Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), by and through their counsel, McManimon Scotland & Baumann, LLC, and the Court having heard oral argument on September 15, 2020 and good and sufficient notice of the Motion having been provided; and for other good cause having been shown,

**IT IS HEREBY:**

**ORDERED**, that Debtor's Motion is hereby denied in its entirety; and it is further

**ORDERED**, that Stephen J. Conte, Jr., and Thomas Grbelja, CPA shall furnish any and all documents requested in the Subpoenas on a rolling basis with an initial production to be made no later than October 5, 2020 at 4:00 p.m. and shall produce all available documents to (i) Allstate's counsel McManimon, Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, Attn: Joshua H. Raymond, Esq.; and (ii) to the Chapter 11 Trustee's counsel Cole Schotz, P.C. located at 25 Main Street, P.O Box 800, Hackensack, New Jersey 07602, Attn: Ryan T. Jareck, Esq.; and it is further

**ORDERED**, that by October 5, 2020, Stephen J. Conte, Jr., and Thomas Grbelja shall in writing provide Allstate's counsel and the Chapter 11 Trustee's counsel with dates when they will be available to appear to be deposed no later than October 30, 2020 at the offices of McManimon

4818-7039-1756, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption: | Order Denying Debtor's Motion to Quash Subpoenas. |

_____

Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068[1]; and it is further

**ORDERED**, that the discovery required herein shall be subject to the entry of a Discovery Confidentiality Order to be submitted by the parties on consent. To the extent the parties cannot agree by September 29, 2020, any party may submit a proposed form of order.

---

[1] To the extent necessary, the R. 2004 examinations shall be conducted through a virtual platform selected by Allstate; provided that the deponents shall **NOT** have access to any cell phone or other electronic chatroom or similar device or mode of communications while the depositions are ongoing or during breaks.

4818-7039-1756, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor |

Case 18-29278-JKS    Doc 209    Filed 10/09/20    Entered 10/10/20 00:59:16    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
|  | by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com cdeangelis@msbnj.com |
| Ryan T. Jareck | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com |
| Seth L. Dobbs | on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Oct 07, 2020     Form ID: pdf903     Total Noticed: 2

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30