| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Special Bankruptcy Counsel to Allstate New*<br>*Jersey Insurance Company and related entities* | Order Filed on November 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>        Debtor. | Case No.  18-29278 (JKS)<br><br>Chapter 11<br><br>Hearing Date: November 10, 2020<br>Hearing Time:  10:00 a.m. |

**ORDER TO COMPEL THE RAVEL HOTEL AND PROFUNDO POOL &**
**LOUNGE TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA**

The relief set forth on the following pages numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: November 16, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:        Stephen J. Conte, Jr.
Case No.:      18-29278 (JKS)
Caption:       ORDER TO COMPEL THE RAVEL HOTEL AND PROFUNDO POOL & LOIUNGE
               TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA

---

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate New Jersey Property and Casualty Insurance Company and Encompass Insurance, f/k/a Continental Insurance Company and Commercial Insurance Company of Newark, NJ (collectively, "Allstate"), by and through their special counsel, McManimon Scotland & Baumann, LLC, upon Motion for entry of an Order to compel the Ravel Hotel and Profundo Pool & Lounge ("Ravel Hotel") to comply with and respond to a Rule 2004 Subpoena (the "Motion"); and good and sufficient notice of the Motion having been provided to the Ravel Hotel; and for other good cause having been shown,

**IT IS HEREBY:**

**ORDERED**, that Allstate's Motion is hereby granted in its entirety; and it is further

**ORDERED**, that the Ravel Hotel has violated Allstate's rights as a litigant and has failed to respond and comply with a previously served Subpoena; and it is further

**ORDERED**, that the Ravel Hotel shall furnish any and all documents requested in the Subpoena and shall produce same to Allstate's counsel, McManimon, Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 200, Roseland, New Jersey 07068, Attn: Joshua H. Raymond, Esq. on or before November 27, 2020 at 4:00 p.m.; and it is further

4823-5280-7117, v. 1

(Page 3)
Debtor:       Stephen J. Conte, Jr.
Case No.:     18-29278 (JKS)
Caption:      ORDER TO COMPEL THE RAVEL HOTEL AND PROFUNDO POOL & LOIUNGE
              TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA

_____

**ORDERED** that the Ravel Hotel shall pay Allstate $ 500.00 for the time and cost incurred by its counsel to file and prepare the Motion to Compel and such payment shall be made on or before November 27, 2020.

4823-5280-7117, v. 1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-29278-JKS

Stephen J. Conte, Jr.  Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Nov 16, 2020  Form ID: pdf903  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor |

Case 18-29278-JKS    Doc 240    Filed 11/18/20    Entered 11/19/20 00:19:00    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: pdf903 | Total Noticed: 2 |

|  |  |
|---|---|
|  | by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
|  | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | |
|  | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | |
|  | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | |
|  | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
|  | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
|  | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
|  | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | |
|  | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
|  | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
|  | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
|  | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | |
|  | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | |
|  | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | |
|  | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | |
|  | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | |
|  | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | |
|  | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
|  | on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com cdeangelis@msbnj.com |
| Ryan T. Jareck | |
|  | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com |
| Seth L. Dobbs | |
|  | on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Nov 16, 2020 Form ID: pdf903 Total Noticed: 2

U.S. Trustee
               USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30