UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLE SCHOTZ P.C.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
Counsel to Chapter 11 Trustee

Order Filed on November 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen J. Conte, Jr.

| | |
|---|---|
| Case No.: | 18-29278 |
| Chapter: | 11 |
| Hearing Date: | 11/17/2020 |
| Judge: | John K. Sherwood |

## ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO COMPEL TURNOVER DOCUMENTS

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: November 19, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Counsel to Chapter 11 Trustee*

| | | |
|---|---|---|
| | : | UNITED STATES BANKRUPTCY COURT |
| In re: | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | HONORABLE JOHN K. SHERWOOD |
| STEPHEN J. CONTE, JR., | : | CASE NO. 18-29278 (JKS) |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| | : | |

**ORDER GRANTING CHAPTER 11 TRUSTEE'S MOTION TO COMPEL TURNOVER OF
DOCUMENTS AND INFORMATION TO THE CHAPTER 11 TRUSTEE AND
DIRECTING COOPERATION WITH THE CHAPTER 11 TRUSTEE'S PROFESSIONALS**

Upon the motion (the "**Motion**")[1] of Jeffrey Testa, Chapter 11 trustee (the "**Chapter
11 Trustee**"), to compel the turnover of documents and information from Stephen J. Conte (the
"**Debtor**") and his professionals to the Chapter 11 Trustee and directing cooperation with the
Chapter 11 Trustee's professionals pursuant to sections 105, 323, 541, 542, and 1106 of title 11 of
the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "**Bankruptcy Code**"); and the Court having
determined that the relief sought in the Motion is in the best interests of the Debtor, his creditors,
estate and all other parties in interest; this Court having determined that the legal and factual bases
set forth in the Motion establish just cause for the relief granted herein; and it is hereby,

**ORDERED THAT:**

---

[1] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the
Motion.

61576/0001-21689925v4

Debtor:         Stephen J. Conte, Jr.
Case No.:      18-29278 (JKS)
Caption:      Order Granting Chapter 11 Trustee's Motion To Compel Turnover Of
Documents And Information To The Chapter 11 Trustee And Directing
Cooperation With The Chapter 11 Trustee's Professionals

---

1.      The Motion is **GRANTED** as set forth herein.

2.      The Debtor, his counsel and other professionals, including his accountant, are directed on or before December 4, 2020 to turn over and provide complete copies to the Chapter 11 Trustee of the Documents and Records attached as **Exhibit A** hereto pursuant to 11 U.S.C. §§ 105, 323, 541, 542 and 1106.

3.      The Debtor and his professionals, including the Debtor's accountant, are directed, on or before December 4, 2020, to provide the Chapter 11 Trustee and/or his retained professionals all necessary passwords and codes required to access the QuickBooks accounting files and any other computer software program which contains the Documents and Records.

4.      The Debtor is directed to provide the Chapter 11 Trustee and his retained professionals access to the offices of Vestibula Diagnostics, P.A., Rochamus Medical Equipment, Inc. and 396 Medical Management Corp. upon 48 hours' notice provided by the Chapter 11 Trustee.

5.      The Debtor is directed to not alter or destroy any of the information contained in the Documents and Records pending turnover to the Chapter 11 Trustee.

6.      The Chapter 11 Trustee and his retained professionals shall provide the Debtor reasonable access to any of the Documents and Records which are turned over to the Chapter 11 Trustee.

7.      The Debtor and his professionals are directed to cooperate with the Chapter 11 Trustee and his professionals.

8.      The Debtor is directed to and shall turn over all income earned from any source to the Chapter 11 Trustee.

61576/0001-21689925v4

Debtor:              Stephen J. Conte, Jr.
Case No.:            18-29278 (JKS)
Caption:             Order Granting Chapter 11 Trustee's Motion To Compel Turnover Of
                     Documents And Information To The Chapter 11 Trustee And Directing
                     Cooperation With The Chapter 11 Trustee's Professionals

9.      The Chapter 11 Trustee is authorized to take all actions necessary or

appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10.     The terms and conditions of this Order shall be immediately effective and

enforceable upon entry of the Order.

11.     This Court shall retain jurisdiction to hear and determine all matters arising

from or related to this Order.

# Exhibit A

Documents and Records

## **DOCUMENTS AND RECORDS**

1. **Stephen R. Conte, Jr. Financial Information**
   a. Bank statements/account activity for all Stephen R. Conte, Jr. accounts
      i. Sept 2014 – Oct 2020
      ii. Excel and PDF
   b. Tax Return for Stephen R. Conte, Jr. 2014 – 2019
   c. Credit card statements Sept 2014 – present (preferably in Excel)
   d. Any personal accounting records
   e. Any agreements of any kind entered into by and between Stephen R. Conte, Jr. and Open MRI and Imaging of Rochelle Park, P.A., 396 Medical Management Corp., Rochamus Medical Equipment, Inc., Rochelle Park Medical Imaging, P.A. and/or South Bergen Medical Management, Inc.

2. **Corporate Tax Returns**
   a. 396 Medical Management
      i. 2014 – 2016 Tax Returns
   b. Open MRI & Imaging of Rochelle
      i. 2014 – 2017, and 2019 Tax Returns
   c. Rochamus
      i. 2014 – 2019 Tax Returns
   d. Vestibula Diagnostic
      i. 2014 Tax Return

3. **General Ledgers**
   General Ledgers for all related entities including but not limited to all accounts payable and receivable for:
   a. 396 Medical Management
      i. 2014 – 2015, and 2020 (Excel/native and PDF)
      ii. 2016 – 2019 (Excel/native only, PDF received)
   b. Open MRI & Imagine of Rochelle
      i. 2014 – 2017, and 2020 (Excel/native and PDF)
      ii. 2018 – 2019 (Excel/native only, PDF received)
   c. Rochamus
      i. 2014 – 2020 General Ledgers (Excel/native and PDF)
   d. Vestibula Diagnostic
      i. 2014 – 2017, and 2020 (Excel/native and PDF)
      ii. 2018 – 2019 (Excel/native only, PDF received)

4. **Bank Statements**
   Bank statements/account activity
   a. 396 Medical Management
      i. Sept 2014 – April 2016 (Excel and PDF)
      ii. May 2016 – July 2020 (Excel only, PDF received)
      iii. August 2020 – present (Excel and PDF)

    b. Open MRI & Imagine of Rochelle
        i. Sept 2014 – Dec 2016 (Excel and PDF)
        ii. Jan 2017 – Dec 2019 (Excel only, PDF received)
        iii. Jan 2020 – present (Excel and PDF)
    c. Rochamus
        i. Sept 2014 – present (Excel and PDF)
    d. Vestibula Diagnostic
        i. Sept 2014 – Dec 2014 (Excel and PDF)
        ii. Jan 2015 – Feb 2016 (Excel only, PDF received)
        iii. Mar 2016 – Aug 2017 (Excel and PDF)
        iv. Sept 17 – Jul 20 (Excel only, PDF received)
        v. Aug 20 – present (Excel and PDF)

5. **Additional Bank Accounts**
Bank statements/account activity for all accounts identified by transfers to/from the related entities in excel output and PDF.
    a. 396 Medical Management
        i. Checking Accounts Ending: x3481, x4587
        ii. Corporate Credit or Debit Account Ending: x5898, x7608
        iii. Demand Deposit Accounts Ending: x7985, x7734, x2457, x3265, x4821, x5075, x2926, x8318, x2913, x2543, x8897, x0547, x8496, x0235
        iv. Payroll Accounts Ending: x8377, x4003, x0082, x3312, x5683
    b. Open MRI & Imagine of Rochelle
        i. Checking Accounts Ending: x2172, x2393
    c. Vestibula Diagnostic
        i. Checking Accounts Ending: x4587, x1513, x1539, x1547, x1521, x6252, x0390, x0482
        ii. Demand Deposit Accounts Ending: x0675, x5293, x9209, x7627, x3772, x0718, x1318, x7028, x7164, x6621, x7493, x6539, x6179, x7738, x1353, x1491

6. **Bank Accounts Missing Information**
Bank statements/account activity for follow accounts for which certain periods were produced (Excel output and PDF).
    a. 396 Medical Management
        i. TD Bank x4447:      Sept 2014 – Apr 2016, Sept. 2017-present
        ii. TD x9869:          Jan 2014 – Dec 2019, Aug 2020 – present
        iii. TD x1129:         Sept 2014 – May 2017, Jan 2020 – present
        iv. TD x1179          Jan 2014 – May 2016, Aug. 2018 – present
    b. Open MRI & Imagine of Rochelle
        i. TD x2982:          Jan 2014 – Dec 2016, Jan 2020 – present
        ii. TD x2966:        Sept 2014 – Jun 2018, Jan 2020 – present
    c. Vestibula Diagnostic
        i. Wawel x1505:     Sept 2014 – Aug 2015, Mar 2016 - present
        ii. Columbia x6623:  Sept 2014 – Dec 2014 and Sept 2015 – present

   iii.  TD x9921:    Jan 2020 – present
  d.  Rochamus
    i.  TD x9173:    Jan. 2014 – Sept 2018, Aug 2020 – present

**7. Credit Card Statements**

Credit Card statements/account activity for all cards paid by the related entities (Excel output preferred).

  a.  396 Medical Management
    i.  American Express used from Apr 2016 – Nov 2019
    ii.  Chase used from Sept 2016 – Nov 2017
    iii.  Capital One used from Sept 2017 – May 2018
    iv.  Discover used from Dec 2018 – Dec 2019
    v.  Any other cards used Sept 2014 – present
  b.  Open MRI & Imagine of Rochelle
    i.  Any cards used Sept 2014 – present
  c.  Rochamus
    i.  Any cards used Sept 2014 – present
  d.  Vestibula Diagnostic
    i.  Capital One used from Mar 2018 – Apr 2018
    ii.  Genesis credit card from Jan 2019 – Nov 2019
    iii.  Any other cards used Sept 2014 – present

**8. Quickbooks**

Quickbook files with logins and passwords for the following:

  a.  396 Medical Management
  b.  Open MRI & Imagine of Rochelle
  c.  Rochamus
  d.  Vestibula Diagnostics

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-29278-JKS

Stephen J. Conte, Jr.                                                                     Chapter 11

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 3
Date Rcvd: Nov 19, 2020                       Form ID: pdf903                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor |

District/off: 0312-2                                    User: admin                                    Page 2 of 3
Date Rcvd: Nov 19, 2020                          Form ID: pdf903                              Total Noticed: 2

by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust
bk@stewartlegalgroup.com

Jeffrey Thomas Testa
jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Joshua H. Raymond
on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond
on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis
on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com  cdeangelis@msbnj.com

Ryan T. Jareck
on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs
on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

District/off: 0312-2                         User: admin                                    Page 3 of 3
Date Rcvd: Nov 19, 2020                      Form ID: pdf903                                 Total Noticed: 2

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 30