UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Stephen J. Conte, Jr.

Case No.: _____18-29278_____

Chapter: _____11_____

Hearing Date: _____

Judge: ___John K. Sherwood___

# STIPULATION AND CONSENT ORDER

The relief set forth on the following pages, numbered two (2) through _____ is **ORDERED**.

**DATED: December 11, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Counsel to Chapter 11 Trustee*

| | | |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
| | : | FOR THE DISTRICT OF NEW JERSEY |
| | : | HONORABLE JOHN K. SHERWOOD |
| STEPHEN J. CONTE, JR., | : | CASE NO. 18-29278 (JKS) |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| | : | |

**STIPULATION AND CONSENT ORDER ABANDONING INTEREST IN RESIDENTIAL REAL PROPERTY, GRANTING RELIEF FROM THE AUTOMATIC STAY AND TURNOVER OF FUNDS**

Upon the application (the "**Application**")[4] in lieu of motion of Jeffrey Testa, Chapter 11 trustee (the "**Chapter 11 Trustee**"), in support of abandonment of Stephen J. Conte, Jr.'s (the "**Debtor**") interest in residential real property under section 554 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), for relief from the automatic stay under section 362(d)(1), turnover of funds and related relief; and this Court having jurisdiction to consider the Application and the relief requested therein; and the Court having determined that the relief sought in the Application is in the best interests of the Debtor, his creditors, estate and all other parties in interest; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and the Chapter 11 Trustee and the Lender having consented to relief requested in the Application and support the entry of this Stipulated Order;

---

[4] All capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the Application.

61576/0001-21418525v2                        8

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AND IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED as set forth herein.

2. The Lender represents and warrants that the Disputed Funds in the amount of $9,614.20 received by the Lender on July 15, 2019 is the only payment received from the Debtor, his estate, 396 Medical Management Corp., Rochamus Medical Equipment, Inc., Vestibula Diagnostics PA, Open MRI and Imaging of Rochelle Park, P.A. and/or any other business in which the Debtor holds an interest, on account of the mortgage held by the Lender on the Property.

3. Pursuant to section 554 of the Bankruptcy Code, the Debtor's interest in the Property is hereby deemed abandoned effective as of the date of this Order.

4. Bankruptcy Rule 6007 is deemed satisfied by service of the Application on the Notice Parties.

5. Pursuant to section 362(d) of the Bankruptcy Code, the Lender shall be and hereby is granted relief from the automatic stay for the purpose of continuing to prosecute the foreclosure action against the Property. Nothing in this Order shall be construed as an agreement by the Chapter 11 Trustee to provide assistance to or cooperate with the Lender in any way in the Lender's efforts to foreclose on the Property.

6. Within five (5) days of the entry of this Order, the Chapter 11 Trustee shall provide the Lender or Lender's counsel via e-mail with banking instructions for the return of the Disputed Funds. Within twenty (20) days of receipt of the banking instructions, the Lender shall return and remit to the Chapter 11 Trustee the Disputed Funds in the amount of $9,614.20. If Lender received funds in excess of the $9,614.20 in Disputed Funds from the Debtor or any of his business entities, the Chapter 11 Trustee reserves all rights and remedies to seek recovery of same.

7. Upon entry of this Order, the Lender shall be deemed to have waived and released the Lender Claim against the Debtor's estate and shall not be authorized to file or assert,

and hereby waives, any and all further claims against the Debtor or his estate, and their respective successors, predecessors, or assigns. The Clerk of the Court shall adjust and remove the Lender Claim from the Debtor's claims register without further Order of this Court.

8. The Chapter 11 Trustee is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Application.

9. The fourteen (14) day stay set forth in Bankruptcy Rule 4001(a)(3) is waived. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

STIPULATED AND AGREED:
Dated: November 12, 2020

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **STEWART LEGAL GROUP, P.L.** |
| By: /s/ Ryan T. Jareck | By: /s/ Gavin Stewart |
| Ryan T. Jareck, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602-0800<br>Telephone: (201) 489-3000 | Gavin Stewart, Esq.<br>401 East Jackson Street<br>Suite 2340<br>Tampa, FL 33602<br>Telephone: (813) 371-1231 |
| *Counsel to the Chapter 11 Trustee* | *Counsel to Specialized Loan Servicing, LLC, for Morgan Stanley Mortgage Loan Trust 2007-1XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee* |

United States Bankruptcy Court

District of New Jersey

In re:  
Stephen J. Conte, Jr.  
    Debtor(s)

Case No. 18-29278-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 11, 2020     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Gregory Hannon  
     on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard  
     on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon  
     on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon  
     on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor

Case 18-29278-JKS    Doc 250    Filed 12/13/20    Entered 12/14/20 00:21:03    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 11, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com cdeangelis@msbnj.com |
| Ryan T. Jareck | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com |
| Seth L. Dobbs | on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Dec 11, 2020     Form ID: pdf903     Total Noticed: 2

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30