| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Special Bankruptcy Counsel to Allstate New*<br>*Jersey Insurance Company and related entities* | Order Filed on December 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>          Debtor. | Case No.  18-29278 (JKS)<br><br>Chapter 11<br><br>Hearing Date: December 22, 2020<br>Hearing Time:  10:00 a.m. |

**ORDER TO COMPEL ILS, INC. d/b/a MY CHECK CASHING**
**TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA**

    The relief set forth on the following pages numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: December 23, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor:         Stephen J. Conte, Jr.
Case No.:       18-29278 (JKS)
Caption:        ORDER TO COMPEL ILS, INC. d/b/a MY CHECK CASHING
                TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA
_____

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property and Casualty Insurance Company, Allstate New Jersey Property and Casualty Insurance Company and Encompass Insurance, f/k/a Continental Insurance Company and Commercial Insurance Company of Newark, NJ (collectively, "Allstate"), by and through their special counsel, McManimon Scotland & Baumann, LLC, upon Motion for entry of an Order to compel ILS, Inc. d/b/a My Check Cashing to comply with and respond to a Rule 2004 Subpoena (the "Motion"); and good and sufficient notice of the Motion having been provided to ILS, Inc. d/b/a My Check Cashing; and for other good cause having been shown,

**IT IS HEREBY:**

**ORDERED**, that Allstate's Motion is hereby granted in its entirety; and it is further

**ORDERED**, that ILS, Inc. d/b/a My Check Cashing has violated Allstate's rights as a litigant and has failed to respond and comply with a previously served Subpoena; and it is further

**ORDERED**, that ILS, Inc. d/b/a My Check Cashing shall furnish any and all documents requested in the Subpoena and shall produce same to Allstate's counsel, McManimon, Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 200, Roseland, New Jersey 07068, Attn: Joshua H. Raymond, Esq. on or before January 12, 2020 at 4:00 p.m.; and it is further

~~**ORDERED**, that if ILS, Inc. d/b/a My Check Cashing fails to appear in Court and/or comply with an order of this Court requiring it to produce documents, its duly authorized agent and managing representative shall be arrested by the United States Marshall and confined until further hearing before the Court, and it is further~~

4848-9749-1923, v. 1

(Page 3)
Debtor:         Stephen J. Conte, Jr.
Case No.:     18-29278 (JKS)
Caption:       ORDER TO COMPEL ILS, INC. d/b/a MY CHECK CASHING
                     TO COMPLY WITH AND RESPOND TO RULE 2004 SUBPOENA
_____

**ORDERED**, that if ILS, Inc. d/b/a My Check Cashing fails to appear in Court on the date written above, it shall pay Allstate's attorney fees in connection with the Motion and be subject to arrest; and it is further

**ORDERED** that ILS, Inc. d/b/a My Check Cashing shall pay Allstate $ __300.00__ for the time and cost incurred by its counsel to file and prepare the Motion to Compel and such payment shall be made on or before January ___, 2020.

4848-9749-1923, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                   Case No. 18-29278-JKS
Stephen J. Conte, Jr.                                                                                    Chapter 11
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Dec 23, 2020　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020　　　　　　　　Signature:　　　／s／Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**　　　　　　　　**Email Address**

Brian Gregory Hannon
    on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
    on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor

Case 18-29278-JKS    Doc 252    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com cdeangelis@msbnj.com |
| Ryan T. Jareck | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com |
| Seth L. Dobbs | on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |

District/off: 0312-2    User: admin    Page 3 of 3
Date Rcvd: Dec 23, 2020    Form ID: pdf903    Total Noticed: 2

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30