| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND**<br>**& BAUMANN, LLC**<br>75 Livingston Avenue – 2nd Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Attorneys for Allstate New Jersey Insurance*<br>*Company and Related Entities* | Order Filed on January 22, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.<br><br>         Debtor. | Case No. 18-29278(JKS)<br><br>Chapter 11 |

**SECOND STIPULATION AND CONSENT ORDER FURTHER (I) EXTENDING TIME TO FILE A NONDISCHARGEABILITY ADVERSARY COMPLAINT AND OBJECTION TO DISCHARGE AND (II) ADJOURNING DEPOSITION OF STEPHEN J. CONTE, JR. AND (III) ADJOURNING MOTION OBJECTING TO CLAIM**

The relief set forth on the following pages, numbered two (2) through five (5), is hereby **ORDERED**.

**DATED: January 22, 2021**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278(JKS) |
| Caption of Order: | Second Stipulation and Consent Order Further (i) Extending Deadline To File Nondischargeability Complaint and Objection To Discharge (ii) Adjourning Deposition of Stephen J. Conte, Jr. (iii) Adjourning Motion Objecting to Claim |

**WHEREAS**, on September 28, 2018, Debtor filed a Voluntary Chapter 13 Petition; and

**WHEREAS**, on May 30, 2019, Debtor's Chapter 13 case was converted to Chapter 11; and

**WHEREAS**, on May 20, 2020, Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), filed two proofs of claim asserting an administrative claim in the amount of $244,085.25 [Claim No. 10] and an unsecured claim in the amount of $1,514,239.14 [Claim No. 11]; and

**WHEREAS**, on May 27, 2020, Allstate filed an Adversary Complaint objecting to discharge and non-dischargeability captioned as <u>Allstate New Jersey Insurance Company et al. v. Conte</u>, Adv. Pro. No. 20-1323 (JKS) (the "Adversary Proceeding"); and

**WHEREAS**, On June 1, 2020, Allstate filed an Amended Adversary Complaint, and

**WHEREAS**, on June 29, 2020, Debtor filed a Motion to Dismiss Allstate's Amended Adversary Complaint; and

**WHEREAS**, Allstate filed opposition to the Motion to Dismiss and Debtor filed a reply; and

**WHEREAS**, on July 28, 2020, a hearing was conducted on the Motion to Dismiss and on August 14, 2020, the Court entered an Order dismissing the Amended Adversary Complaint

2

(Page 3)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278(JKS) |
| Caption of Order: | Second Stipulation and Consent Order Further (i) Extending Deadline To File Nondischargeability Complaint and Objection To Discharge (ii) Adjourning Deposition of Stephen J. Conte, Jr. (iii) Adjourning Motion Objecting to Claim |

without prejudice and set October 15, 2020 as Allstate's deadline to re-file a complaint objecting to discharge and non-dischargeability (the "Order"); and

**WHEREAS**, on August 25, 2020, Allstate's filed an Application along with a motion seeking to extend the time for Allstate to file an objection to the Debtor's discharge and a non-dischargeability complaint pursuant to applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure; and

**WHEREAS**, on September 24, 2020, the Court entered an Order extending deadline to file nondischargeability Complaint and Objection to Discharge which extended Allstate's deadline to object to discharge and time to file a non-dischargeability adversary complaint until January 13, 2021; and

**WHEREAS**, on October 7, 2020, the Court entered an Order Denying Debtor's Motion to Quash Subpoenas, and such order also compelled Debtor to produce documents and appear for the taking of his Rule 2004 examination before October 30, 2020; and

**WHEREAS**, the Debtor agreed that he would appear for his Rule 2004 Examination on October 29, 2020; and

**WHEREAS**, the Debtor filed an objection to Allstate's Proofs of Claim and the hearing is currently scheduled for April 27, 2021; and

**WHEREAS**, on October 29, 2020, the Court entered a Stipulation and Consent Order: (i) extending deadline to file nondischargability complaint and objection to discharge and (ii) adjourning Debtor's deposition; and

4835-2902-7544, v. 1

(Page 4)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278(JKS) |
| Caption of Order: | Second Stipulation and Consent Order Further (i) Extending Deadline To File Nondischargeability Complaint and Objection To Discharge (ii) Adjourning Deposition of Stephen J. Conte, Jr. (iii) Adjourning Motion Objecting to Claim |

**NOW, BE IT HEREBY STIPULATED, AGREED AND ORDERED AS FOLLOWS:**

**ORDERED** that the Debtor's Rule 2004 examination previously scheduled for January 28, 2021 shall be rescheduled for March 30, 2021 at 10:00 a.m., and it is further

**ORDERED** that the hearing on the Debtor's Motion objecting to Allstate's Proof of Claim is adjourned from April 27, 2021 until June 29, 2021, and it is further

**ORDERED** that the Debtor's confirmation hearing is adjourned from April 27, 2021 until June 29, 2021, and it is further

**ORDERED** that Allstate's time to file a non-dischargeability adversary complaint be and is hereby extended to and including June 30, 2021, pursuant to 11 U.S.C. § 523(c) and Federal Rule of Bankruptcy Procedure 4007; and it is further

**ORDERED** that the Allstate's time to file an objection to discharge be and is hereby extended to and including June 30, 2021, pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004; and it is further

**ORDERED** that the entry of this order is without prejudice to Allstate's right to seek further extensions; and it is further

**ORDERED** that, unless otherwise set forth herein, all other pending motions, discovery requests, Rule 2004 examinations, and document productions shall continue as scheduled, and per prior orders of this Court.

4835-2902-7544, v. 1

(Page 5)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278(JKS) |
| Caption of Order: | Second Stipulation and Consent Order Further (i) Extending Deadline To File Nondischargeability Complaint and Objection To Discharge (ii) Adjourning Deposition of Stephen J. Conte, Jr.  (iii) Adjourning Motion Objecting to Claim |

*Stipulated and consented to on the terms provided herein:*

**McMANIMON, SCOTLAND**        **NOGAARD, O'BOYLE & HANNON**
**& BAUMANN, LLC**        *Counsel to Debtor, Stephen J. Conte, Jr.*
*Attorneys for Allstate New Jersey Insurance*
*Company and Related Entities*


By:   /s/ Joshua H. Raymond               By:   /s/ John O'Boyle
       JOSHUA H. RAYMOND                JOHN O'BOYLE

Dated: January 20, 2021             Dated: January 19, 2021


**COLE SCHOTZ, P.C.**
*Attorneys for Jeffrey T. Testa,*
*Chapter 11 Trustee*


By:   /s/ Ryan T. Jareck
       RYAN T. JARECK

Dated:  January 20, 2021

4835-2902-7544, v. 1

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 18-29278-JKS

Stephen J. Conte, Jr.    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor |

Case 18-29278-JKS    Doc 267    Filed 01/24/21    Entered 01/25/21 00:23:18    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

| | |
|---|---|
| | by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | |
| | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | |
| | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | |
| | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | |
| | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | |
| | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
| | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
| | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | |
| | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | |
| | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | |
| | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | |
| | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | |
| | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | |
| | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com cdeangelis@msbnj.com |
| Richard D. Trenk | |
| | on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com cdeangelis@msbnj.com |
| Ryan T. Jareck | |
| | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com |
| Seth L. Dobbs | |
| | on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf903 | Total Noticed: 2 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30