| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, 2nd Floor<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Richard D. Trenk, Esq.<br>Joshua H. Raymond, Esq.<br>*Special Bankruptcy Counsel for Allstate New Jersey Insurance Company, and related entities* | Order Filed on February 5, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>          Debtor. | Case No. 18-29278 (JKS)<br><br>Chapter 11<br><br>**Hearing Date: February 2, 2020**<br>**Hearing Time: 10:00 a.m.** |

### ORDER TO (i) HOLD STEPHEN J. CONTE, JR. IN CONTEMPT OF COURT ORDERS, AND (ii) IMPOSE MONETARY SANCTIONS

The relief set forth on the following pages numbered two (2) through four (4), is hereby

**ORDERED**.

**DATED: February 5, 2021**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption: | Order to (i) Hold Stephen J. Conte, Jr. in Contempt of Court Orders, and (ii) Impose Monetary Sanctions |

---

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), by and through their counsel, McManimon Scotland & Baumann, LLC, upon Motion for entry of an Order (i) holding Stephen J. Conte Jr. in contempt of a Court Orders, (ii) for the arrest of Stephen J. Conte, Jr. by the United States Marshall and confined until further hearing before the Court for failing to comply with the terms of court orders dated October 7, 2020, October 29, 2020 and November 19, 2020 [Doc. Nos. 206, 220 and 241] and entered by the Honorable John K. Sherwood, United States Bankruptcy Judge, compelling Stephen J. Conte, Jr. to comply with and respond to a subpoena; (iii) imposing monetary sanctions upon Stephen J. Conte, Jr. and (iv) granting such other relief as the Court deems just and proper and good and sufficient notice of the Motion having been provided to Conte, Sr.; and for other good cause having been shown,

**IT IS HEREBY:**

**ORDERED** that Stephen J. Conte, Jr. has violated Allstate's rights as a litigant and has failed to comply with the Orders of this Court entered on October 7, 2020, October 29, 2020 and November 19, 2020 [Doc. Nos. 206, 220 and 241] (collectively, the "Orders"); and it is further

**ORDERED** that Stephen J. Conte, Jr. shall be, and is deemed to be in contempt of Court for his failure to comply with the Orders; and it is further

4843-9707-7978, v. 1

(Page 3)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption: | Order to (i) Hold Stephen J. Conte, Jr. in Contempt of Court Orders, and (ii) Impose Monetary Sanctions |

---

**ORDERED** that Stephen J. Conte, Jr. shall pay a sanction of $ 1,000.00 representing Allstate's legal fees incurred in filing the Motion no later than February 28, 2021 payable to Allstate New Jersey Insurance Company, and forwarded to the attention of Joshua H. Raymond, Esq. at McManimon, Scotland & Baumann, LLC at 75 Livingston Avenue, Roseland, New Jersey 07068; and it is further

**ORDERED**, that on or before **February 5, 2021 at 10:00 a.m.** Stephen J. Conte, Jr. and Stephen J. Conte Sr. shall provide to counsel for Allstate and the Trustee, in writing, the date when documents will be produced in compliance with the Orders and when Stephen J. Conte Sr. will agree to appear for the taking of his deposition. If the dates proposed by Stephen J. Conte, Jr. and Stephen J. Conte Sr. are not acceptable to Allstate and the Trustee, Allstate may proceed on February 9, 2021 with its Motion for the arrest of Stephen J. Conte Sr.; and it is further

**ORDERED**, that Stephen J. Conte, Jr. and Stephen J. Conte Sr. be and are hereby directed to produce any and all documents requested in the Orders to (i) Allstate's counsel McManimon, Scotland & Baumann, LLC, located at 75 Livingston Avenue, Suite 201, Roseland, New Jersey 07068, Attn: Joshua H. Raymond, Esq.; and (ii) the Chapter 11 Trustee's counsel Cole Schotz, P.C. located at 25 Main Street, P.O. Box 800, Hackensack, New Jersey 07602, Attn: Ryan T. Jareck, Esq.; and it is further

**ORDERED**, that if Stephen J. Conte, Jr. shall identify any and all personal credit card accounts, and the corporate credit card accounts for Vestibula, 396 Medical Management, Open MRI and Imaging of Rochelle Park and Rochamus and shall produce any and all statements and/or

(Page 4)

| | |
|---|---|
| Debtor: | Stephen J. Conte, Jr. |
| Case No.: | 18-29278 (JKS) |
| Caption: | Order to (i) Hold Stephen J. Conte, Jr. in Contempt of Court Orders, and (ii) Impose Monetary Sanctions |

---

immediately obtain and produce from the credit card companies from January 1, 2017 through the present; and it is further

**ORDERED**, that if Stephen J. Conte, Jr. fails to produce the requested documents as set forth herein, or if Stephen J. Conte, Jr. fails to appear for the taking of his deposition on March 30, 2021 as previously order by the Court, a warrant for his arrest shall issue out of this Court without further notice and the United States Marshal Service shall take any and all steps necessary to bring Stephen J. Conte, Jr. before this Court; and it is further

**ORDERED**, that if Stephen J. Conte, Jr., fails to comply with the terms of this Order and either fails to produce the requested documents as required herein, a further sanction in the amount of $100 per day shall be imposed for each and every day he fails to comply with this Order commencing on the day following the agreed upon date for production of documents.

4843-9707-7978, v. 1

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-29278-JKS
Stephen J. Conte, Jr.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Feb 05, 2021      Form ID: pdf903      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

**Name**      **Email Address**

Brian Gregory Hannon
     on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Brian Thomas Crowley
     on behalf of Interested Party Stephen J. Conte  Sr. bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com

Cassandra C. Norgaard
     on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
     on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Case 18-29278-JKS    Doc 288    Filed 02/07/21    Entered 02/08/21 00:19:41    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 05, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com

Jeffrey Thomas Testa
    jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
    on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
    on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John Michael McDonnell
    on behalf of Interested Party Stephen J. Conte  Sr. jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
    on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
    on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com  cdeangelis@msbnj.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 05, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Ryan T. Jareck
    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs
    on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 32