Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 9, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 295 − 283
Order Granting Application For Compensation for BEDERSON, LLP,, fees awarded: $27840.00, expenses awarded: $200.40 (Related Doc # 283). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/8/2021. (zlh)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 9, 2021
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 09, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| acc | + BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Thomas Crowley | on behalf of Interested Party Stephen J. Conte Sr. bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Case 18-29278-JKS    Doc 296    Filed 03/11/21    Entered 03/12/21 00:16:12    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 09, 2021 | Form ID: orderntc | Total Noticed: 1 |

Denise E. Carlon
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com

Jeffrey Thomas Testa
    jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
    on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
    on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John Michael McDonnell
    on behalf of Interested Party Stephen J. Conte  Sr. jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
    on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
    on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Creditor Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Indemnity Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@msbnj.com  cdeangelis@msbnj.com

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Property rtrenk@msbnj.com  cdeangelis@msbnj.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 09, 2021 | Form ID: orderntc | Total Noticed: 1 |

Ryan T. Jareck
    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs
    on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 32