**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**McMANIMON, SCOTLAND**
**& BAUMANN, LLC**
75 Livingston Avenue, 2nd Floor
Roseland, New Jersey 07068
(973) 622-1800
Richard D. Trenk, Esq.
Joshua H. Raymond, Esq.
*Attorneys for Allstate New Jersey Insurance*
*Company and Related Entities*

Order Filed on June 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

STEPHEN J. CONTE, JR.,

          Debtor.

Case No.  18-29278 (JKS)

Chapter 11

Hearing Date: June 22, 2021
Hearing Time: 10:00 a.m.

**ORDER FURTHER EXTENDING DEADLINE TO FILE**
**NONDISCHARGEABILITY COMPLAINT AND OBJECTION TO DISCHARGE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 23, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:            Stephen J. Conte, Jr.
Case No:           18-29278 (JKS)
Caption of Order:  Order Further Extending Deadline to File Nondischargeability Complaint and Objection to
                   Discharge

---

**THIS MATTER** having been opened to the Court by Allstate New Jersey Insurance Company; Allstate Insurance Company; Allstate Indemnity Company; Allstate Property and Casualty Insurance Company; Allstate New Jersey Property and Casualty Insurance Company (collectively, "Allstate"), by and through its counsel, McManimon Scotland & Baumann, LLC, upon the filing of a motion to further extend time to file a non-dischargeability adversary complaint and objection to discharge; and the Court having considered the moving papers, and any opposition; and the Court having heard oral argument, if any; and for good and sufficient cause existing for the making and entry of the within Order;

**IT IS HEREBY ORDERED** that Allstate's time to file a non-dischargeability adversary complaint be and is hereby extended ninety (90) days up to and including September 28, 2021, pursuant to 11 U.S.C. § 523(c) and Federal Rule of Bankruptcy Procedure 4007; and it is further

**ORDERED** that the Allstate's time to file an objection to discharge be and is hereby extended ninety (90) days up to and including September 28, 2021, pursuant to 11 U.S.C. § 727 and Federal Rule of Bankruptcy Procedure 4004; and it is further

**ORDERED** that the entry of this order is without prejudice to Allstate's right to seek further extensions.

4829-1577-2396, v. 1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Thomas Crowley | on behalf of Interested Party Stephen J. Conte  Sr. bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2                              User: admin                                        Page 2 of 3
Date Rcvd: Jun 24, 2021                        Form ID: pdf903                                    Total Noticed: 2

Denise E. Carlon
                on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
                interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com

Gavin Stewart
                on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust
                bk@stewartlegalgroup.com

Jeffrey Thomas Testa
                jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
                on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
                on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
                on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
                on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
                on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John Michael McDonnell
                on behalf of Interested Party Stephen J. Conte  Sr. jmcdonnell@mchfirm.com, NJ95@ecfcbis.com,bcrowley@mchfirm.com

Joshua H. Raymond
                on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
                on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
                on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
                on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
                on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond
                on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis
                on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
                on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
                on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
                interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
                on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk
                on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

District/off: 0312-2                          User: admin                                    Page 3 of 3
Date Rcvd: Jun 24, 2021                       Form ID: pdf903                                 Total Noticed: 2

Ryan T. Jareck
                    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs
                    on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 32