Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/10/21 at 10:00 AM

to consider and act upon the following:

*332* − Motion for Highly Sensitive Document (HSD) Designation re: Settlement Agreement. (RE: related document(s)330 Chapter 11 Plan). Filed by Ryan T. Jareck on behalf of Jeffrey Thomas Testa. (Attachments: # 1 Exhibit A − Proposed Order) (Jareck, Ryan)

Dated: 8/4/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court