Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.:  18−29278−JKS
           Chapter:  11
           Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       9/16/21
Time:      10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Burke, Grbelja & Symeonides, LLC, Accountant

COMMISSION OR FEES
$9,053.00

EXPENSES
$400.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 16, 2021
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 16, 2021 | Form ID: 137 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| cr | + | Allstate Insurance Company, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| sp | | Archer, PC, Court Plaza South, West Wing, 21 Main Street, Ste. 353, Hackensack, NJ 07601-7095 |
| acc | + | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| acc | + | Burke, Grbelja & Symeonides, LLC, 201 West Passaic Street, STe. 301, Rochelle Park, NJ 07662-3126 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | + | Stephen J. Conte, Sr., 400 North Farview Ave., Paramus, NJ 07652-4619 |
| 517781627 | + | 396 Management Group, LLC, 396 Farview Avenue, Paramus, NJ 07652-4630 |
| 517781628 | + | Allstate Insurance Co., Box 660598, Dallas, TX 75266-0598 |
| 518839813 | + | Allstate Insurance Company, 1130 Route 22 East, Suite 100, Bridgewater, NJ 08807-2985 |
| 517781629 | + | Bryant State Bank, 500 E. 60th Street, Sioux Falls, SD 57104-0478 |
| 517781631 | + | Continental Insurance Company, 333 South Wabash Avenue, Chicago, IL 60604-4107 |
| 517781632 | + | Encompass Insurance, c/o NJ Dept. of Banking and Insurance, 153 Halsey Street #2, Newark, NJ 07102-2828 |
| 517781635 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 517781633 | + | Faber Associates, 1111 Paulison Avenue, #1, Clifton, NJ 07011-3661 |
| 517781634 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517781636 | + | Guy MItchell, White House Chef Tour, 800 Trenton Road, Apt. 159, Langhorne, PA 19047-5666 |
| 517781638 | + | Michael Triffin, 5131 Township Line Road, Box 551, Drexel Hill, PA 19026-4813 |
| 517781640 | + | Nancy Espinoza, c/o Kiernan & Campbell, 175 Fairfield Avenue, West Caldwell, NJ 07006-6425 |
| 517781641 | + | Oradell Animal Hospital, 580 Winters Avenue, Paramus, NJ 07652-3902 |
| 517781642 | + | Patricia Conte, 396 Farview Avenue, Paramus, NJ 07652-4630 |
| 517781643 | + | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517781644 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517781646 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 517781645 | + | Sebring Assoc./Excelsior, LLC, 170 Prospect Avenue, Hackensack, NJ 07601-1820 |
| 518524993 | + | Stephen J. Conte, Jr., 396 North Farview Avenue, Paramus, NJ 07652-4630 |
| 517781647 | + | Thomas M. Murphy, Esq., 381 Franklin Avenue, Belleville, NJ 07109-1703 |
| 517781648 | + | Trojan Professional Services, Inc., Box 1270, Los Alamitos, CA 90720-1270 |
| 517841418 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 16 2021 20:37:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Aug 16 2021 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 18-29278-JKS    Doc 345    Filed 08/18/21    Entered 08/19/21 00:10:25    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: 137 | Total Noticed: 45 |

|  |  |  | Aug 16 2021 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
|---|---|---|---|---|
| acc | + | Email/Text: angela.pagel@duffandphelps.com | Aug 16 2021 20:37:00 | Duff & Phelps, LLC, 55 East 52nd Street, New York, NY 10055-0004 |
| 517781630 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 20:47:22 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 517899992 |   | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 20:47:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518308377 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 16 2021 20:47:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517781650 |   | Email/Text: accountspayable@goldmedalservice.com | Aug 16 2021 20:37:00 | Water Works Plumbing & Heating, 20 Booker Street, Westwood, NJ 07675 |
| 517781639 | + | Email/Text: bankruptcy@sccompanies.com | Aug 16 2021 20:37:00 | Midnight Velvet, 1112 7th AVenue, Box 2816, Monroe, WI 53566-1364 |
| 517854934 | + | Email/Text: bankruptcy@sccompanies.com | Aug 16 2021 20:37:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517852458 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 16 2021 20:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518356305 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 16 2021 20:37:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517781649 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 16 2021 20:37:00 | US Bank National Assoc, 425 Walnut Street, Cincinnati, OH 45202 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517781637 | * | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon |  |

Case 18-29278-JKS    Doc 345    Filed 08/18/21    Entered 08/19/21 00:10:25    Desc
Imaged Certificate of Notice    Page 5 of 6

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 16, 2021 | Form ID: 137 | Total Noticed: 45 |

| | |
|---|---|
| | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |

District/off: 0312-2 User: admin Page 4 of 4
Date Rcvd: Aug 16, 2021 Form ID: 137 Total Noticed: 45

| | |
|---|---|
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Ryan T. Jareck | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com |
| Seth L. Dobbs | on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 30