# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### NEWARK

In Re. Stephen J. Conte, Jr.  §  
§  
§  
Debtor(s)  §  

Case No. 18-29278

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2021  
Petition Date: 09/28/2018

Months Pending: 34  
Industry Classification: 0 0 0 0

Reporting Method:    Accrual Basis ⦿    Cash Basis ◯

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Jeffrey T. Testa  
Signature of Responsible Party  

08/26/2021  
Date

Jeffrey T. Testa, Esq.  
Printed Name of Responsible Party  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)

1

Debtor's Name Stephen J. Conte, Jr.                                            Case No. 18-29278

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $467,036 | |
| b. Total receipts (net of transfers between accounts) | $214,917 | $839,969 |
| c. Total disbursements (net of transfers between accounts) | $0 | $158,015 |
| d. Cash balance end of month (a+b-c) | $681,953 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0 | $158,015 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory   (Book ○   Market ○   Other ⊙   (attach explanation)) | $0 |
| d. Total current assets | $683,953 |
| e. Total assets | $801,453 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $2,587,165 |
| l. Prepetition priority debt | $1,643,162 |
| m. Prepetition unsecured debt | $52,100 |
| n. Total liabilities (debt) (j+k+l+m) | $4,282,427 |
| o. Ending equity/net worth (e-n) | $-3,480,975 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $0 | $681,953 |

UST Form 11-MOR (06/07/2021)                                  2

Debtor's Name Stephen J. Conte, Jr.     Case No. 18-29278

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $116,650 | $0 | $116,650 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Norgaard, O'Boyle | Lead Counsel | $0 | $79,213 | $0 | $79,213 |
| | ii | Burke, Grgelja | Financial Professional | $0 | $31,316 | $0 | $31,316 |
| | iii | Archer & Greiner | Special Counsel | $0 | $6,122 | $0 | $6,122 |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | $0 | $0 | $0 | $0 |
| | ii | | | $0 | $0 | $0 | $0 |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $116,650 | $0 | $116,650 |

### Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● | No ○ N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ● |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ● (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○ | No ● |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ● (if no, see Instructions) |
| | General liability insurance? | Yes ○ | No ● |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ● (if no, see Instructions) |

UST Form 11-MOR (06/07/2021)     3

Debtor's Name Stephen J. Conte, Jr.   Case No. 18-29278

j. Has a plan of reorganization been filed with the court?   Yes (•)  No ( )
k. Has a disclosure statement been filed with the court?   Yes (•)  No ( )
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes (•)  No ( )

### Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |

l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ( )  No (•)
m. If yes, have you made all Domestic Support Obligation payments?   Yes ( )  No ( )  N/A (•)

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Jeffrey T. Testa    *[signature: Jeff T Testa]*    Jeffrey T. Testa, Esq.
Signature of Responsible Party    Printed Name of Responsible Party

Trustee    08/26/2021
Title    Date

11:39 AM
07/14/21
Accrual Basis

## Stephen J. Conte, Jr.
## Cash Receipts & Disbursements
### As of June 30, 2021

| Type | Date | Num | Adj | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Trust Account #9527 | | | | | | | | 214,917.00 |
| Total Trust Account #9527 | | | | | | | | 214,917.00 |
| Trustee Account #5576 | | | | | | | | 467,035.77 |
| Total Trustee Account #5576 | | | | | | | | 467,035.77 |
| TOTAL | | | | | | | | 681,952.77 |

Page 1

11:29 AM
07/14/21
Accrual Basis

# Stephen J. Conte, Jr.
## Balance Sheet
### As of June 30, 2021

|  | Jun 30, 21 |
|---|---:|
| **ASSETS** |  |
| **Current Assets** |  |
| **Checking/Savings** |  |
| Trust Account #9527 | 214,917.00 |
| Trustee Account #5576 | 467,035.77 |
| **Total Checking/Savings** | 681,952.77 |
| **Other Current Assets** |  |
| Furs and Jewelry | 1,000.00 |
| Wearing Apparel | 1,000.00 |
| **Total Other Current Assets** | 2,000.00 |
| **Total Current Assets** | 683,952.77 |
| **Fixed Assets** |  |
| Household Goods & Furnishings | 5,500.00 |
| Primary Residence | 12,000.00 |
| **Total Fixed Assets** | 17,500.00 |
| **Other Assets** |  |
| Partnerships & Joint Ventures | 100,000.00 |
| **Total Other Assets** | 100,000.00 |
| **TOTAL ASSETS** | 801,452.77 |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Long Term Liabilities** |  |
| Priority Claims | 1,643,162.38 |
| Secured Debt | 2,587,165.32 |
| Unsecured Debt | 52,099.70 |
| **Total Long Term Liabilities** | 4,282,427.40 |
| **Total Liabilities** | 4,282,427.40 |
| **Equity** |  |
| Members Equity | -3,704,497.00 |
| Net Income | 223,522.37 |
| **Total Equity** | -3,480,974.63 |
| **TOTAL LIABILITIES & EQUITY** | 801,452.77 |

11:33 AM
07/14/21
Accrual Basis

# Stephen J. Conte, Jr.
# Profit & Loss
### June 2021

|  | Jun 21 |
|---|---:|
| **Net Income** | 0.00 |

9:45 AM
07/14/21

# Stephen J. Conte, Jr.
## Reconciliation Detail
Trust Account #9527, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 0.00 |
|   **Cleared Transactions** | | | | | | |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 05/28/2021 | | City of Paterson | X | 214,917.00 | 214,917.00 |
|     Total Deposits and Credits | | | | | 214,917.00 | 214,917.00 |
|   Total Cleared Transactions | | | | | 214,917.00 | 214,917.00 |
| **Cleared Balance** | | | | | 214,917.00 | 214,917.00 |
| **Register Balance as of 06/30/2021** | | | | | 214,917.00 | 214,917.00 |
| **Ending Balance** | | | | | 214,917.00 | 214,917.00 |

9:45 AM
07/14/21

# Stephen J. Conte, Jr.
## Reconciliation Detail
Trustee Account #5576, Period Ending 06/30/2021

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 467,035.77 |
| Cleared Balance | | | | | | 467,035.77 |
| Register Balance as of 06/30/2021 | | | | | | 467,035.77 |
| **Ending Balance** | | | | | | 467,035.77 |

**Metropolitan Commercial Bank**
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com


Member FDIC

Period Covered:
June 01, 2021 - June 30, 2021
Page 1 of 2

Jeffrey T. Testa
Gateway Four
100 Mulberry Street
Newark NJ 07102

| | |
|---|---|
| Case Number | 18-29278 (JKS) |
| Case Name | Stephen J. Conte, Jr |
| Trustee Number | 500830 |
| Trustee Name | Jeffrey T. Testa FIDUCIARY |

☎ Questions:
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 3910195776 | $467,035.77 | $467,035.77 |
| TRUSTEE CHECKING | 3910329527 | $0.00 | $214,917.00 |
| Total | | $467,035.77 | $681,952.77 |

### TRUSTEE CHECKING

Account Number: '^5776

| Enclosures | 0 | | |
|---|---|---|---|
| | | Beginning Balance | $467,035.77 |
| | | +Total Additions | $0.00 |
| | | -Total Subtractions | $0.00 |
| | | Ending Balance | $467,035.77 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

**No activity this statement period**

### TRUSTEE CHECKING

Account Number: 3910329527

| Enclosures | 0 | | |
|---|---|---|---|
| | | Beginning Balance | $0.00 |
| | | +Total Additions | $214,917.00 |
| | | -Total Subtractions | $0.00 |
| | | Ending Balance | $214,917.00 |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

### Credits

| Date | Description | Additions |
|---|---|---|
| 06-01 | DEP 100001 | $214,917.00 |



Metropolitan Commercial Bank
99 Park Avenue
New York NY 10016
http://www.metropolitanbankny.com



Period Covered:
June 01, 2021 - June 30, 2021
Page 2 of 2

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-01 | $214,917.00 | | | | |

In case of errors or questions about your account telephone Stretto at: 800.634.7734 or email us at: banking.services@stretto.com
As soon as you recognize an error, or if you need more information about a transaction listed on the statement or receipt:

Please Provide:

- Name and account number.
- A detailed explanation of why you believe there is an error or why you need more information.
- The dollar amount of the suspected error.
- We must hear from you no later than 60 days after we sent you the FIRST statement on which the error appeared.

We will investigate your disputed transactions and correct any error promptly. If not resolved within 10 business days, Metropolitan Commercial Bank will credit your account for the amount in error, and notify you within 2 business days, so that you may use the funds during the time it takes us to complete our investigation.