**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey 07602
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Counsel to Chapter 11 Trustee, Jeffrey T. Testa*

|  |  |
|---|---|
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>HONORABLE JOHN K. SHERWOOD<br>CASE NO. 18-29278 (JKS)<br><br>Chapter 11 |

**NOTICE OF ENTRY OF OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF REORGANIZATION OF CHAPTER 11 TRUSTEE OF BANKRUPTCY ESTATE OF STEPHEN J. CONTE, JR.**

**PLEASE TAKE NOTICE** that on September 15, 2021 (the "Confirmation Date"), the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis, and (II) Confirming the Plan of Reorganization of the Chapter 11 Trustee of the Bankruptcy Estate of Stephen J. Conte, Jr. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 352] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used in this Notice shall have the meanings ascribed to such terms in the *Plan of Reorganization of the Chapter 11 Trustee of the Bankruptcy Estate of Stephen J. Conte, Jr. Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 330] (together with all exhibits thereto and related documents, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Plan became "effective" on September 15, 2021 (the "Effective Date").

61576/0001-41570023v1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article IV.B.1 of the Plan, all parties seeking approval and/or payment of a professional compensation claim, to the extent not yet filed, shall file and serve an application for final allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date no later than October 15, 2021 (i.e., thirty (30) days after the Effective Date).  Objections to such professional compensation claims, if any, must be filed and served no later than fourteen (14) days after the date on which such final fee application was filed.  If a professional does not timely submit a final application for allowance of compensation as set forth above, such professional shall be forever barred from seeking payment of such professional compensation claim from the Chapter 11 Trustee, the Debtor, the estate, or the Reorganized Debtor.

Dated:  September 15, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Ryan T. Jareck*
Ryan T. Jareck
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone:  (201) 489-3000
Facsimile:  (201) 489-1536

61576/0001-41570023v1