Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−29278−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stephen J. Conte Jr.
   395 North Farview Avenue
   Paramus, NJ 07652

Social Security No.:
   xxx−xx−9321

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       11/4/21
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Cole Schotz P.C., Trustee's Attorney

COMMISSION OR FEES
$152,254.50

EXPENSES
$1,538.17

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 24, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Stephen J. Conte, Jr.  
    Debtor

Case No. 18-29278-JKS  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 24, 2021 | Form ID: 137 | Total Noticed: 45 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Cole Schotz P.C., 25 Main Street, Court Paza North, Hackensack, NJ 07601-7015 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| cr | + | Allstate Insurance Company, McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Roseland, NJ 07068-3737 |
| sp | | Archer, PC, Court Plaza South,West Wing, 21 Main Street, Ste. 353, Hackensack, NJ 07601-7095 |
| acc | + | BEDERSON, LLP,, 347 Mount Pleasant Avenue, West Orange, NJ 07052-2749 |
| acc | + | Burke, Grbelja & Symeonides, LLC, 201 West Passaic Street, STe. 301, Rochelle Park, NJ 07662-3126 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 5703, Clearwater, FL 33758-5703 |
| intp | + | Stephen J. Conte, Sr., 400 North Farview Ave., Paramus, NJ 07652-4619 |
| 517781627 | + | 396 Management Group, LLC, 396 Farview Avenue, Paramus, NJ 07652-4630 |
| 517781628 | + | Allstate Insurance Co., Box 660598, Dallas, TX 75266-0598 |
| 518839813 | + | Allstate Insurance Company, 1130 Route 22 East, Suite 100, Bridgewater, NJ 08807-2985 |
| 517781629 | + | Bryant State Bank, 500 E. 60th Street, Sioux Falls, SD 57104-0478 |
| 517781631 | + | Continental Insurance Company, 333 South Wabash Avenue, Chicago, IL 60604-4107 |
| 517781632 | + | Encompass Insurance, c/o NJ Dept. of Banking and Insurance, 153 Halsey Street #2, Newark, NJ 07102-2828 |
| 517781635 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Credit Card, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 517781633 | + | Faber Associates, 1111 Paulison Avenue, #1, Clifton, NJ 07011-3661 |
| 517781634 | + | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 517781636 | + | Guy MItchell, White House Chef Tour, 800 Trenton Road, Apt. 159, Langhorne, PA 19047-5666 |
| 517781638 | + | Michael Triffin, 5131 Township Line Road, Box 551, Drexel Hill, PA 19026-4813 |
| 517781640 | + | Nancy Espinoza, c/o Kiernan & Campbell, 175 Fairfield Avenue, West Caldwell, NJ 07006-6425 |
| 517781641 | + | Oradell Animal Hospital, 580 Winters Avenue, Paramus, NJ 07652-3902 |
| 517781643 | ++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020 address filed with court:, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517781642 | + | Patricia Conte, 396 Farview Avenue, Paramus, NJ 07652-4630 |
| 517781644 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517781646 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 517781645 | + | Sebring Assoc./Excelsior, LLC, 170 Prospect Avenue, Hackensack, NJ 07601-1820 |
| 518524993 | + | Stephen J. Conte, Jr., 396 North Farview Avenue, Paramus, NJ 07652-4630 |
| 517781647 | + | Thomas M. Murphy, Esq., 381 Franklin Avenue, Belleville, NJ 07109-1703 |
| 517781648 | + | Trojan Professional Services, Inc., Box 1270, Los Alamitos, CA 90720-1270 |
| 517841418 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 24 2021 20:29:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 18-29278-JKS    Doc 361    Filed 09/26/21    Entered 09/27/21 00:15:50    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 137 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| acc | + | Email/Text: angela.pagel@duffandphelps.com | Sep 24 2021 20:29:00 | Duff & Phelps, LLC, 55 East 52nd Street, New York, NY 10055-0004 |
| 517781630 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 20:44:00 | Capital One Bank, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 517899992 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 24 2021 20:44:06 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518308377 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 24 2021 20:54:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517781650 | | Email/Text: accountspayable@goldmedalservice.com | Sep 24 2021 20:29:00 | Water Works Plumbing & Heating, 20 Booker Street, Westwood, NJ 07675 |
| 517781639 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 20:30:00 | Midnight Velvet, 1112 7th AVenue, Box 2816, Monroe, WI 53566-1364 |
| 517854934 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2021 20:30:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 517852458 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2021 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518356305 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2021 20:29:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517781649 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 24 2021 20:30:00 | US Bank National Assoc, 425 Walnut Street, Cincinnati, OH 45202 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517781637 | * | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:

**Name**                **Email Address**

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 24, 2021 | Form ID: 137 | Total Noticed: 45 |

Brian Gregory Hannon
 on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
 on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
 on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
 on behalf of Creditor US Bank National Association As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
 on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com

Jeffrey Thomas Testa
 jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
 on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
 on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
 on behalf of Accountant Burke Grbelja & Symeonides, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
 on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
 on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
 on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Joshua H. Raymond
 on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
 on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
 on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
 on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
 on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
 on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Michael A. Artis
 on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
 on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
 on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
 on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
 on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk

District/off: 0312-2 | User: admin | Page 4 of 4
Date Rcvd: Sep 24, 2021 | Form ID: 137 | Total Noticed: 45

| | |
|---|---|
| | on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law |
| Ryan T. Jareck | on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com |
| Seth L. Dobbs | on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 31