| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1<br><br>ARCHER & GREINER, P.C.<br>Court Plaza South, West Wing<br>21 Main Street, Suite 353<br>Hackensack, NJ 07601<br>Telephone (201) 342-6000<br>Special Counsel to the Debtor<br>By:  Michael S. Horn, Esq.<br>        mhorn@archerlaw.com<br>        Jerrold S. Kulback, Esq.<br>        jkulback@archerlaw.com | Order Filed on September 27, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEPHEN J. CONTE, JR.,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 18-29278 (JKS) |

**ORDER APPROVING SECOND INTERIM AND FINAL APPLICATION
FOR ATTORNEY FEES AND EXPENSES TO ARCHER & GREINER, P.C.,
AS SPECIAL COUNSEL TO THE DEBTOR**

The relief set forth on the following page is hereby ORDERED.

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: September 27, 2021**

Debtor: Stephen J. Conte, Jr.
Case No: 18-29278 (JKS)
Caption: Order Approving Second Interim and Final Application for Attorney Fees and Expenses to Archer & Greiner, P.C., as Special Counsel to the Debtor

THIS MATTER coming before the Court upon the Second Interim and Final Application for Allowance of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses, for the Period From May 13, 2019 Through August 26, 2020, the Date of Appointment of the Chapter 11 Trustee, Pursuant to 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016 and D.N.J. LBR 2016-1, and notice having been provided to creditors and other parties in interest, and the Court having reviewed said application and having determined that good and sufficient cause exists for the entry of the within Order;

IT IS HEREBY ORDERED, as follows:

1. Archer & Greiner, P.C. is hereby awarded second interim attorney fees and expenses, for the period from May 15, 2020 through August 26, 2020, as follows:

| | |
|---|---|
| TOTAL SECOND INTERIM FEES | $11,240.00 |
| TOTAL SECOND INTERIM DISBURSEMENTS | $0.00 |
| TOTAL SECOND INTERIM FEE APPLICATION | $11,240.00 |

2. Archer & Greiner, P.C. is hereby awarded final attorney fees and expenses, for the period from May 19, 2019 through August 26, 2020, as follows:

| | |
|---|---|
| TOTAL FINAL FEES | $17,361.50 |
| TOTAL FINAL DISBURSEMENTS | $0.00 |
| TOTAL FINAL FEE APPLICATION | $17,361.50 |
| PAYMENT TOWARD SUCH FINAL AWARD, EQUALING THE TOTAL AWARD LESS AMOUNTS PREVIOUSLY PAID | $11,240.00 |

220052891v1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + | Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust |

Case 18-29278-JKS    Doc 367    Filed 09/30/21    Entered 10/01/21 00:12:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com

Jeffrey Thomas Testa
    jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
    on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
    on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Accountant Burke Grbelja & Symeonides, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Joshua H. Raymond
    on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
    on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
    on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Ryan T. Jareck
    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Seth L. Dobbs
    on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 31