UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
*By:  John O'Boyle, Esq. (JO - 6337)*
       *joboyle@norgaardfirm.com*

Order Filed on September 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Stephen J. Conte, Jr.,

Debtor.

Case No.: 18-29278 JKS

Hearing Date: January 21, 2020

## ORDER GRANTING FINAL ALLOWANCES

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 28, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Stephen J. Conte, Jr.
Case No. 18-29278 JKS
ORDER GRANTING FINAL ALLOWANCES

---

THIS MATTER came to the attention of the court upon the Final Application of Norgaard, O'Boyle & Hannon ("Applicants") for compensation for their services as counsel to the Debtor from June 8, 2020 to August 24, 2020 in the amount of $85,930.00; for reimbursement of Expenses incurred during the same period in the amount of $693.05; and for allowance of the $15,949.00 balance of Applicant's Third Interim Application, for which the balance the Court has not previously determined to allow or disallow. The Court finds good cause to make this order.

It is ORDERED as follows:

1. Applicants are allowed compensation for their services from June 8, 2020 to August 24, 2020 in the amount of $85,930.00;

2. Applicants are allowed reimbursement of their expenses from June 8, 2020 to August 24, 2020 in the amount of $693.05;

3. Applicants are allowed $15,949.00 in compensation sought through their Third Interim Application, in addition to the amounts previously allowed on such interim application pursuant to this Court's Order Granting Allowances in part (ECF No. 169);

4. The Trustee serving in this case shall pay the amounts allowed above as and when he makes payments toward the Chapter 11 allowances that may be awarded to his professionals.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 30, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust |

Case 18-29278-JKS    Doc 369    Filed 09/30/21    Entered 10/01/21 00:12:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 28, 2021 | Form ID: pdf903 | Total Noticed: 2 |

dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com

Jeffrey Thomas Testa
    jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback
    on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle
    on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

John O'Boyle
    on behalf of Accountant Burke Grbelja & Symeonides, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Joshua H. Raymond
    on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond
    on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Michael A. Artis
    on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn
    on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com

Rebecca Ann Solarz
    on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk
    on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Ryan T. Jareck
    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Sep 28, 2021     Form ID: pdf903     Total Noticed: 2

Seth L. Dobbs
   on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 31