| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**COLE SCHOTZ P.C.**<br>Ryan T. Jareck, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, New Jersey 07601<br>(201) 489-3000<br>rjareck@coleschotz.com<br><br>*Counsel for Chapter 11 Trustee* | Order Filed on November 10, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>             Debtor. | Chapter 11<br><br>Case No. 18-29278 (JKS)<br><br>Judge: John K. Sherwood<br><br>Hearing Date: Nov. 4, 2021, at 10:00 a.m. |

### ORDER GRANTING FINAL APPLICATIONS OF CHAPTER 11 TRUSTEE'S PROFESSIONALS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 10, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

61576/0001-41804137v1

(Page 2)
Debtor: STEPHEN J. CONTE, JR.
Case No.: 18-29278 (JKS)
Caption of Order: ORDER GRANTING FINAL APPLICATIONS OF CHAPTER 11 TRUSTEE'S PROFESSIONALS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

---

Upon consideration of each of the applications (each, an "**Application**" and collectively, the "**Applications**") filed by those professionals identified on the attached Schedule A (each, a "**Professional**" and collectively, the "**Professionals**"), pursuant to sections 327, 328, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking allowance of final compensation for professional services rendered and reimbursement of actual and necessary expenses incurred in connection therewith; and this Court having jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Applications and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of each Application having been given as provided in each respective Application, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no objections to the Applications having been filed; and this Court having found and determined that all of the applicable requirements of section 327, 328, 330, and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 have been met; and it appearing that the services rendered and expenses incurred by each of the Professionals for which compensation and reimbursement are allowed hereby were actual, reasonable, and necessary; and after due deliberation and sufficient cause appearing therefor;

2

61576/0001-41804137v1

Debtor:             STEPHEN J. CONTE, JR.
Case No.:           18-29278 (JKS)
Caption of Order:   ORDER GRANTING FINAL APPLICATIONS OF CHAPTER 11
                    TRUSTEE'S PROFESSIONALS FOR ALLOWANCE OF
                    COMPENSATION FOR SERVICES RENDERED AND
                    REIMBURSEMENT OF EXPENSES INCURRED

---

**IT IS HEREBY ORDERED THAT:**

1. The Applications are GRANTED.

2. Upon entry of this Order, Jeffrey T. Testa, in his capacity as Chapter 11 trustee for the bankruptcy estate of Stephen J. Conte, Jr., is authorized and directed to remit or direct the remittance of payment from the trustee account to each of the Professionals in the amounts set forth on the attached Schedule A.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

61576/0001-41804137v1

Case No.:   18-29278 (JKS)

Case Name:  Stephen J. Conte, Jr.

## SCHEDULE A - FEES AND EXPENSES

| (1) Applicant | (2) Document Number of Application | (3) Fees Requested | (4) Expenses Requested | (5) Total to be Paid |
|---|---|---|---|---|
| Cole Schotz P.C. | Docket No. 358 | $152,254.50 | $1,538.17 | $153,792.67 |
| Kroll f/k/a Duff & Phelps, LLC | Docket No. 357 | $65,000.00 | $0 | $65,000.00 |
| Bederson, LLP | Docket No. 356 | $52,699.50 | $442.84 | $53,142.34 |

61576/0001-41804137v1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-29278-JKS |
| Stephen J. Conte, Jr. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652 |
| aty | + Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam J. Petitt | on behalf of Plaintiff Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey apetitt@stradley.com |
| Brian Gregory Hannon | on behalf of Debtor Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Defendant Stephen J. Conte Jr. bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Cassandra C. Norgaard | on behalf of Defendant Stephen J. Conte Jr. cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Daniel M Pereira | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 2 |

|   |   |
|---|---|
| | on behalf of Plaintiff Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey dpereira@stradley.com |
| Denise E. Carlon | on behalf of Creditor US Bank National Association As Successor Trustee to Bank of America, National Association (Successor by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust bk@stewartlegalgroup.com |
| Jeffrey Randolph | on behalf of Defendant Vestibula Diagnostics P.A. jrandolph@jrlaw.net |
| Jeffrey Randolph | on behalf of Defendant Stephen J. Conte Sr. jrandolph@jrlaw.net |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Jerrold S. Kulback | on behalf of Debtor Stephen J. Conte Jr. jkulback@archerlaw.com, chansen@archerlaw.com |
| John O'Boyle | on behalf of Plaintiff Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Accountant Burke Grbelja & Symeonides, LLC joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Attorney Norgaard O'Boyle & Hannon joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Defendant Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| John O'Boyle | on behalf of Debtor Stephen J. Conte Jr. joboyle@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com |
| Joshua H. Raymond | on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com |
| Michael A. Artis | on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov |
| Michael S. Horn | on behalf of Debtor Stephen J. Conte Jr. mhorn@archerlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com |
| Richard D. Trenk | on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |
| Richard D. Trenk | on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2021 | Form ID: pdf903 | Total Noticed: 2 |

Richard D. Trenk
    on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Richard D. Trenk
    on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law cdeangelis@trenkisabel.law

Robert J Norcia
    on behalf of Plaintiff Horizon Healthcare Services Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey rnorcia@stradley.com

Ryan T. Jareck
    on behalf of Defendant Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com

Ryan T. Jareck
    on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com fpisano@coleschotz.com

Seth L. Dobbs
    on behalf of Debtor Stephen J. Conte Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 38