**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
Hackensack, New Jersey 07602
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
(201) 489-3000
(201) 489-1536 Facsimile
*Counsel to Chapter 11 Trustee, Jeffrey T. Testa*

|  |  |  |
|---|---|---|
| In re: | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
|  | : | HONORABLE JOHN K. SHERWOOD |
| STEPHEN J. CONTE, JR., | : | CASE NO. 18-29278 (JKS) |
|  | : |  |
|  | : | Chapter 11 |
| Debtor. | : |  |
|  | : |  |

### NOTICE OF HEARING ON FINAL APPLICATION FOR ALLOWANCE OF COMMISSIONS DUE TO THE CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATE OF STEPHEN J. CONTE, JR.

**PLEASE TAKE NOTICE** that on March 1, 2022, at 10:00 a.m. (prevailing Eastern

Time), or as soon thereafter as counsel may be heard, a hearing will be held before the

Honorable John K. Sherwood, United States Bankruptcy Judge, United States Bankruptcy Court

for the District of New Jersey, 50 Walnut Street, 3rd Floor, Newark, New Jersey 07102,

Courtroom 3D, on the Final Application for Allowance of Commissions Due to Jeffrey T. Testa,

in his capacity as the Chapter 11 Trustee of the Bankruptcy Estate of Stephen J. Conte, Jr.

pursuant to 11 U.S.C. §§ 326, 330, 503(b)(2) and 507(a)(1)(c), in the amount of:

| Applicant | Application Period | Amount Requested |
|---|---|---|
| Jeffrey T. Testa, in his capacity as Chapter 11 Trustee | August 24, 2020 through and including January 31, 2022 | $60,351.44 in Commissions[1] |

---

[1] The calculation of the Chapter 11 Trustee's statutory commissions is set forth on **Exhibit A** attached hereto.  The Chapter 11 Trustee's time records are set forth on **Exhibit B** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections to such commissions, if any, must be filed and served on the undersigned no later than fourteen (14) days after the date on which this notice was filed and served.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Chapter 11 Trustee's commissions on a final basis may be adjourned without further notice other than by announcement of such adjournment in open Court.

Dated:  February 4, 2022                              Respectfully submitted,

                                                      **COLE SCHOTZ P.C.**

                                                      */s/ Ryan T. Jareck*
                                                      Ryan T. Jareck
                                                      Court Plaza North, 25 Main Street
                                                      Hackensack, NJ 07601
                                                      Telephone:  (201) 489-3000
                                                      Facsimile:  (201) 489-1536

## Exhibit A
[Commission Calculation]

Net Estate/Disbursements = $1,236,714.77

- 25% of First $5,000 = $1,250.00

- 10% of Next $45,000 = $4,500.00

- 5% of Next $950,000 = $47,500.00

- 3% of Balance = $7,101.44

**Total Trustee Commission = $60,351.44**

## **Exhibit B**
[Time Records]

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001     CH. 11 TRUSTEE TIME

Professional Services Recorded Through 01/31/2022

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 09/08/20 | CONFERENCE CALL RE ISSUES. | 04928/JTT | 0.80 | 516.00 |
| 09/11/20 | CONFERENCE CALL WITH COUNSEL FOR ALLSTATE AND FOLLOW UP RE ISSUES. | 04928/JTT | 1.00 | 645.00 |
| 09/14/20 | COMMUNICATIONS WITH COURT SUPPORT RE TELEPHONIC APPEARANCES AT TOMORROW'S HEARINGS. | 04935/L-R | 0.20 | 52.00 |
| 10/08/20 | CONFERENCE CALL WITH DEBTOR AND HIS COUNSEL WITH REGARD TO IMMEDIATE ACTION ITEMS INCLUDING PROPOSED BUDGET, DOCUMENTS AND THE CLOSURE OF CERTAIN ACCOUNTS. | 04928/JTT | 1.00 | 685.00 |
| 10/12/20 | CONFERENCE CALL WITH T. KING OF BEDERSON COUNSEL FOR TRUSTEE AND ALLSTATE. | 04928/JTT | 1.00 | 685.00 |
| 10/12/20 | ATTENTION TO DUFF & PHELPS RETENTION ISSUES AND CONFER WITH R. JAREK POST GROUP CALL. | 04928/JTT | 0.80 | 548.00 |
| 10/13/20 | REVIEW MOTION TO QUASH FILED BY DR. CONTE, SR. | 04928/JTT | 1.00 | 685.00 |
| 10/14/20 | PREPARE WIRE INSTRUCTIONS AND FORWARD SAME TO R. JARECK PURSUANT TO J. TESTA REQUEST. | 04933/C-B | 0.20 | 56.00 |
| 10/20/20 | EMAIL EXCHANGE WITH J. TESTA RE: US TRUSTEE'S QUARTERLY FEES. | 04933/C-B | 0.50 | 140.00 |
| 10/21/20 | ATTENTION TO CASE ISSUES. | 04928/JTT | 2.00 | 1,370.00 |
| 10/21/20 | FORWARD ASSET REPORT AND | 04933/C-B | 0.50 | 140.00 |

Page 3
Invoice 8428737

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| | LEDGER TO ACCOUNTANT, T. KING, CPA AT REQQUEST OF TRUSTEE. | | | |
| 10/28/20 | REVIEW CASE DOCUMENTS. | 04928/JTT | 2.00 | 1,370.00 |
| 10/28/20 | ATTENTION TO BUDGET ISSUE. | 04928/JTT | 1.50 | 1,027.50 |
| 10/30/20 | ATTENTION TO CASE DOCUMENTS. | 04928/JTT | 2.00 | 1,370.00 |
| 10/30/20 | TELECON WITH T. KING, CPA RE QUARTELY REPORT, FORWARD BANK STATEMENTS AND CHECK LEDGER FOR 3RD Q TR PERIOD AT REQUEST OF TRUSTEE. | 04933/C-B | 0.20 | 56.00 |
| 11/02/20 | CONFERENCE CALL WITH COUNSEL FOR ALLSTATE AND TRUSTEE. | 04928/JTT | 1.00 | 685.00 |
| 11/03/20 | COMMUNICATION TO DEBTOR WITH REGARD TO OUTSTANDING DOCUMENTS. | 04928/JTT | 0.50 | 342.50 |
| 11/04/20 | ATTENTION TO VESTIBULA RESOLUTION. | 04928/JTT | 0.30 | 205.50 |
| 11/06/20 | COMMUNICATIONS WITH R. JAREK RE LETTER TO PATERSON RE VESTIBULA MONIES AND MOVING FORWARD TO COMPEL COMPLIANCE. | 04928/JTT | 0.80 | 548.00 |
| 11/09/20 | ATTENTION TO CITY OF PATERSON VESTIBULAR ISSUE AND LETTER. | 04928/JTT | 0.30 | 205.50 |
| 11/10/20 | ATTENTION TO TURNOVER MOTION AND CONFER WITH R. JAREK RE SAME. | 04928/JTT | 0.50 | 342.50 |
| 11/16/20 | CALL WITH DEBTOR WITH REGARD TO PROPOSED ORDER MODIFICATIONS ON MOTION TO COMPEL, COMMUNICATIONS WITH COUNSEL RE SAME AND REVIEW | 04928/JTT | 1.00 | 685.00 |

Page 4
Invoice 8428737

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| | AND REVISE PROPOSED ORDER. | | | |
| 11/17/20 | PARTICIPATE IN COURT HEARING. | 04928/JTT | 0.80 | 548.00 |
| 11/17/20 | CALL WITH DEBTOR'S COUNSEL RE PROPOSED ORDER. | 04928/JTT | 0.10 | 68.50 |
| 11/17/20 | CONFER WITH R. JARAK RE HEARING AND ORDER ISSUES ON MOTION TO COMPEL. | 04928/JTT | 0.40 | 274.00 |
| 11/17/20 | CALL WITH COUNSEL AND COUNSEL FOR ALLSTATE WITH REGARD TO HEARING. | 04928/JTT | 0.40 | 274.00 |
| 11/18/20 | COMMUNICATIONS WITH R. JARECK, ESQ. WITH REGARD TO FUNDS HELD BY CITY OF PATTERSON AND NEXT STEPS. | 04928/JTT | 0.40 | 274.00 |
| 11/19/20 | TELECON WITH J. TESTA RE BOND, CALL INTERNATIONAL SURETIES REGARDING SAME. FORWARD COPY OF ORDER APPOINTING J. TESTA AS CHAPTER 11 TRUSTEE AND CURRENT BANK BALANCE TO INTL. SURETIES. | 04933/C-B | 0.60 | 168.00 |
| 11/25/20 | COMMUNICATION WITH R. JARECK WITH REGARD TO DEATH OF ATTORNEY PREPARING OPINION LETTER AND EXTENSION. | 04928/JTT | 0.80 | 548.00 |
| 11/25/20 | ATTENTION TO MONTHLY OPERATING REPORTS AND CONFER WITH T. KING RE: SAME. | 04928/JTT | 0.50 | 342.50 |
| 11/25/20 | CONFER WITH TRUSTEE RE ISSUE. | 06054/GEL | 0.50 | 230.00 |
| 12/11/20 | PARTICIPATE IN CONFERENCE CALL WITH DEBTOR AND COUNSEL RE DOCUMENT PRODUCTION AND CASE ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 12/17/20 | CONFER WITH TRUSTEE RE FORMS 1 & 2 FOR MONTH OF NOVEMBER AND DECEMBER. | 04933/C-B | 1.00 | 280.00 |

Page 5
Invoice 8428737

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 12/21/20 | READ AND REPLY TO EMAIL FROM J. TESTA RE QUARTERLY FEES. | 04933/C-B | 0.30 | 84.00 |
| 12/22/20 | REVIEW EMAIL FROM J. TESTA RE QUARTERLY FEE PAYMENTS NOTICE. PULL COPY OF PAYMENT MADE AND PREPARE ADDITIONAL CHECK TO US TRUSTEE PAYMENT CENTER FOR 4TH QUARTER PAYMENT AT INSTRUCTION OF TRUSTEE. | 04933/C-B | 0.50 | 140.00 |
| 01/04/21 | ATTENTION TO OUTSTANDING DOCUMENT REQUESTS. | 04928/JTT | 1.00 | 685.00 |
| 01/05/21 | CONFER WITH TRUSTEE AND EMAIL EXCHANGE WITH BEDERSON: RE: STEPHEN CONTE - MOR. | 04933/C-B | 0.20 | 56.00 |
| 01/08/21 | EMAIL EXCHANGE WITH A. TODDEROFF AT BEDERSON RE DOCUMENTATION NEEDED FOR MOR AND CONFER WITH TRUSTEE. | 04933/C-B | 0.20 | 56.00 |
| 01/11/21 | CONFERENCE CALL WITH DUFF & PHELPS AND BEDERSON WITH REGARD TO INVESTIGATION ISSUES AND FOLLOW UP RE SAME. | 04928/JTT | 1.50 | 1,027.50 |
| 01/12/21 | CALL WITH COUNSEL WITH REGARD TO PATERSON AND PRODUCTION ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 01/12/21 | REVIEW MOTIONS TO HOLD CONTE, JR. IN CONTEMPT AND TO ARREST STEPHEN CONTE, SR. | 04928/JTT | 0.80 | 548.00 |
| 01/13/21 | CALL WITH COUNSEL WITH REGARD TO OPEN ISSUES ADN FOLLOW UP RE SAME. | 04928/JTT | 1.00 | 685.00 |
| 01/13/21 | DOWNLOAD AND FORWARD DECEMBER FORM 2 TO R. JARCCK AT COLE SCHOTZ.COM FOR MOR. | 04933/C-B | 0.20 | 56.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 01/19/21 | ATTENTION TO PROPOSED SECOND STIPULATION. | 04928/JTT | 0.80 | 548.00 |
| 01/21/21 | RECEIPT AND ENTRY OF CHECKS FOR DEPOSIT. PREPARE SAME TO FORWARD TO BANK BY UPS OVERNIGHT, AND TRAVEL TO UPS CENTER TO SEND OUT. | 04933/C-B | 0.80 | 224.00 |
| 01/25/21 | ATTENTION TO ISSUES SURROUNDING MOTIONS TO COMPEL FROM BOTH CONTE, JR. AND SR. AND PROPOSED RESPONSE. | 04928/JTT | 1.00 | 685.00 |
| 01/28/21 | CONFER WITH DEBTOR AND COUNSEL RE VESTIBULAR ISSUE. | 04928/JTT | 0.40 | 274.00 |
| 01/28/21 | CONFER WITH COUNSEL FOR ALLSTATE RE PROPOSAL TO RESOLVE VESTIBULAR ISSUE FROM DEBTOR. | 04928/JTT | 0.30 | 205.50 |
| 02/01/21 | ATTENTION TO SUBMISSION WITH REGARD TO CONTEMPT MOTIONS; REVIEW AND REVISE PROPOSED LETTER TO COURT. | 04928/JTT | 1.00 | 685.00 |
| 02/01/21 | REVIEW COMMUNICATIONS FOR NEW COUNSEL FOR CONTE, SR. | 04928/JTT | 0.40 | 274.00 |
| 02/02/21 | PARTICIPATE IN COURT HEARING REGARDING CONTEMPT MOTIONS AND FOLLOW-UP WITH COUNSEL POST CALL. | 04928/JTT | 2.00 | 1,370.00 |
| 02/02/21 | CALL WITH DEBTOR'S COUNSEL RE: CONTEMPT HEARING ISSUES. | 04928/JTT | 0.30 | 205.50 |
| 02/02/21 | CALL WITH DEBTOR'S COUNSEL AND DEBTOR WITH REGARD TO HEARING ISSUES; FOLLOW-UP RE: SAME. | 04928/JTT | 0.30 | 205.50 |
| 02/02/21 | CALL WITH COUNSEL FOR ALLSTATE RE: CONTEMPT HEARING ISSUES. | 04928/JTT | 0.20 | 137.00 |

Page 7
Invoice 8428737

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 02/02/21 | CALL WITH R. CORBI, COUNSEL FOR CONTE, SR., RE: CASE ISSUES AND FOLLOW UP. | 04928/JTT | 0.80 | 548.00 |
| 02/03/21 | CONTEMPLATE NEXT STEPS AND POSSIBLE EXTENSION OF PROCEEDINGS. | 04928/JTT | 0.50 | 342.50 |
| 02/04/21 | CONFERENCE CALL WITH COUNSEL AND NEW COUNSEL FOR DR. CONTE POST CALL FOLLOW UP. | 04928/JTT | 1.00 | 685.00 |
| 02/04/21 | CALL WITH COUNSEL, COUNSEL FOR ALLSTATE AND NEW COUNSEL FOR DR. CONTE RE: PROPOSED OFFER AND STATUS OF DISCOVERY; FOLLOW-UP RE: SAME. | 04928/JTT | 0.80 | 548.00 |
| 02/04/21 | CONFER WITH COUNSEL WITH REGARD TO DISCOVERY AND PROPOSED SETTLEMENT ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 02/05/21 | REVIEW DOCUMENT PRODUCTION #1 FROM COUNSEL WITH CONTE, SR. | 04928/JTT | 1.00 | 685.00 |
| 02/05/21 | REVIEW DOCUMENT PRODUCTION #2. | 04928/JTT | 0.80 | 548.00 |
| 02/05/21 | COMMUNICATIONS WITH COUNSEL WITH REGARD TO DOCUMENT PRODUCTION TO DATE AND OTHER CASE ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 02/05/21 | REVIEW COMMUNICATIONS FROM CONTE, SR.'S ATTORNEY RE: DEPOSITION ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 02/10/21 | ATTENTION TO ISSUES RAISED BY COUNSEL FOR DR. CONTE, SR. | 04928/JTT | 0.80 | 548.00 |
| 02/11/21 | ATTENTION TO ROLLING DOCUMENT PRODUCTION. | 04928/JTT | 1.80 | 1,233.00 |
| 02/12/21 | ATTENTION TO DOCUMENTS | 04928/JTT | 1.50 | 1,027.50 |

Page 8
Invoice 8428737

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001   CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | PRODUCED BY DR. COTE, SR. AND MONTHLY OPERATING REPORTS. | | | |
| 02/12/21 | ATTENTION TO VESTIBULA DOCUMENTS RE DISPUTED OWNERSHIP ISSUE. | 04928/JTT | 1.50 | 1,027.50 |
| 02/12/21 | CONFER WITH TRUSTEE RE MONTHLY OPERATING REPORT INFORMATION. | 04933/C-B | 0.50 | 140.00 |
| 02/16/21 | CALL FROM J. RAYMOND WITH REGARD TO FUNDS WITH PATERSON FOR VESTIBULA AND DR. CONTE'S ALLEGATION WITH REGARD TO SAME, FOLLOW UP WITH REGARD TO ISSUE. | 04928/JTT | 0.80 | 548.00 |
| 02/16/21 | CALL WITH R. CORBY COUNSEL FOR DR. CONTE, SR. AND CONSIDERATION OF SAME. | 04928/JTT | 0.50 | 342.50 |
| 02/17/21 | CALL WITH COUNSEL FOR DR. CONTE WITH REGARD TO CASE STATUS. | 04928/JTT | 0.50 | 342.50 |
| 02/18/21 | REVIEW OF CLAIMS. | 04928/JTT | 1.00 | 685.00 |
| 02/18/21 | CALL WITH COUNSEL WITH REGARD TO VESTIBULA/PATERSON ISSUE. | 04928/JTT | 0.40 | 274.00 |
| 02/18/21 | ATTENTION TO VESTIBULA/PATERSON FUNDING ISSUE. | 04928/JTT | 1.00 | 685.00 |
| 02/18/21 | CONFERENCE CALL WITH D. PRAGER OF DUFF & PHELPS AND R. JAREK WITH REGARD TO INTERIM FINDINGS AND NEXT STEPS. | 04928/JTT | 1.00 | 685.00 |
| 02/19/21 | ATTENTION TO MULTIPLE ISSUES WITH REGARD TO OUTSTANDING DOCUMENT REQUESTS. | 04928/JTT | 1.00 | 685.00 |
| 02/22/21 | ATTENTION TO DEBTOR COUNSEL | 04928/JTT | 0.30 | 205.50 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001   CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|------------|------|-------|-------|
| | FEE ISSUES. | | | |
| 02/23/21 | ATTENTION TO DOCUMENT PRODUCTION ISSUES. | 04928/JTT | 0.40 | 274.00 |
| 02/23/21 | ATTENTION TO VESTIBULA ISSUES AND FUNDS FROM PATTERSON. | 04928/JTT | 1.50 | 1,027.50 |
| 03/04/21 | PREPARE CHECKS IN PAYMENT OF FIRST INT. FEE ORDER AT DIRECTION OF TRUSTEE FOR COLE SCHOTZ, PC. FEE ORDER. | 04933/C-B | 0.40 | 112.00 |
| 03/05/21 | COMMUNICATIONS WITH COUNSEL FOR DR. CONTE RE POTENTIAL MEDIATION OF CLAIMS. | 04928/JTT | 0.40 | 274.00 |
| 03/08/21 | CALL WITH R. JARECK WITH REGARD TO CASE ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 03/09/21 | CONFERENCE CALL WITH R. TRENK AND J. RAYMOND WITH REGARD TO PROPOSED ADMINISTRATIVE CLAIMS AND POTENTIAL MEDIATION. | 04928/JTT | 0.80 | 548.00 |
| 03/11/21 | ATTENTION TO CLAIMS FILED BY NEW JERSEY DIVISION OF TAXATION. | 04928/JTT | 1.00 | 685.00 |
| 03/11/21 | ATTENTION TO CLAIMS FILED BY NON TAXING AUTHORITY CREDITORS. | 04928/JTT | 1.30 | 890.50 |
| 03/12/21 | REVIEW PROPOSED STIPULATION WITH REGARD TO MEDIATION AND CAP ON VESITBUAL FUNDS. | 04928/JTT | 0.80 | 548.00 |
| 03/15/21 | ATTENTION TO VESITBULA ISSUES. | 04928/JTT | 1.00 | 685.00 |
| 03/15/21 | ATTENTION TO PLAN ISSUES. | 04928/JTT | 1.80 | 1,233.00 |
| 03/16/21 | CALL WITH R. JAREK WITH REGARD TO VESTIBULA ISSUES. | 04928/JTT | 0.80 | 548.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 03/17/21 | REVIEW AND REVISE PROPOSED STIPULATION RE: VESTIBULA. | 04928/JTT | 0.50 | 342.50 |
| 03/18/21 | REVIEW INITIAL TAX CLAIM ANALYSIS FROM BEDERSON. | 04928/JTT | 0.40 | 274.00 |
| 03/23/21 | ATTENTION TO MEDIATION STIPULATION AND COMMENTS FROM DR. CONTE'S COUNSEL. | 04928/JTT | 0.80 | 548.00 |
| 03/23/21 | ATTENTION TO VESITBULA/DISPUTED OWNERSHIP ISSUES. | 04928/JTT | 1.80 | 1,233.00 |
| 03/25/21 | REVIEW ADDITIONAL PROPOSED COMMENTS TO MEDIATION STIPULATION. | 04928/JTT | 0.50 | 342.50 |
| 03/26/21 | CONFER WITH R. JAREK RE: MEDIATION STIPULATION ISSUES AND DISPUTE AMONG PARTIES. | 04928/JTT | 0.80 | 548.00 |
| 03/26/21 | COMMUNICATIONS FROM R. CORBI, ESQ. WITH REGARD TO DISPUTE OVER MEDIATION STIPULATION ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 03/26/21 | REVIEW MARK-UP OF PROPOSED MEDIATION AND CONFIDENTIALITY STIPULATION FROM J. RAYMOND. | 04928/JTT | 0.80 | 548.00 |
| 03/26/21 | CALL TO R. CORBI RE STIPULATION ISSUE. | 04928/JTT | 0.10 | 68.50 |
| 03/29/21 | CALL WITH COUNSEL FOR DR. CONTE AND R. JARECK RE ISSUES WITH MEDIATION STIPULATION IN ATTEMPT TO RESOLVE, FOLLOW UP RE SAME. | 04928/JTT | 1.50 | 1,027.50 |
| 03/30/21 | AT REQUEST OF TRUSTEE FORWARD INFORMATION TO BEDERSON. | 04933/C-B | 0.60 | 168.00 |
| 04/05/21 | CONFER WITH R. CORBI, ESQ. RE MEDIATION STIPULATION ISSUES. | 04928/JTT | 0.40 | 274.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/06/21 | COMMUNICATION FROM ALLSTATE RE MEDIATION CONSENT ORDER ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 04/07/21 | ATTENTION TO CITY OF PATERSON PAYMENT/DISTRIBUTION ISSUES. | 04928/JTT | 0.40 | 274.00 |
| 04/08/21 | REVIEW COMMUNICATION FROM D. PRAGER OF DUFF & PHELPS. | 04928/JTT | 0.50 | 342.50 |
| 04/09/21 | ATTENTION TO FINAL MODIFICATIONS TO MEDIATION STIPULATION AND RELATED ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 04/14/21 | ATTENTION TO PROPOSED MEDIATION ISSUES. | 04928/JTT | 1.60 | 1,096.00 |
| 04/16/21 | REVIEW COMMUNICATIONS FROM M. ARTIS, ESQ. AND CONFER WITH R. JAREK RE SAME. | 04928/JTT | 0.50 | 342.50 |
| 04/16/21 | ATTENTION TO MARCH TRANSACTIONS WITH TRUSTEE RE MOR. | 04933/C-B | 0.40 | 112.00 |
| 04/20/21 | EMAIL EXCHANGE WITH ATODOROFF@BEDERSON.COM RE: STEPHEN CONTE MONTHLY OPERATING REPORT. | 04933/C-B | 0.20 | 56.00 |
| 04/22/21 | ATTENTION TO PROPOSED CORRESPONDENCE TO OFFICE OF THE UNITED STATES TRUSTEE RE CASE STATUS, INSURANCE, MEDIATION AND OTHER ISSUES. | 04928/JTT | 1.00 | 685.00 |
| 04/22/21 | WORK ON MEDIATION STATEMENT AND PREPARATION FOR NEXT WEEKS GLOBAL MEDIATION WITH JUDGE STECKROTH. | 04928/JTT | 2.00 | 1,370.00 |
| 04/23/21 | ATTENTION TO MEDIATION STATEMENT FOR NEXT WEEK'S MEDIATION SESSION WITH FORMER JUDGE STECKROTH. | 04928/JTT | 2.00 | 1,370.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/26/21 | FINAL REVIEW AND MODIFICATION TO PROPOSED MEDIATION STATEMENT FOR THIS WEEK'S MEDIATION SESSION WITH JUDGE STECKROTH. | 04928/JTT | 1.50 | 1,027.50 |
| 04/26/21 | REVIEW AND REVISE PROPOSED CORRESPONDENCE TO M. ARTIS, ESQ. | 04928/JTT | 0.80 | 548.00 |
| 04/26/21 | FOLLOW UP WITH REGARD TO VESTIBULA FUNDS/CITY OF PATERSON. | 04928/JTT | 0.40 | 274.00 |
| 04/27/21 | CONFER WITH R. JARECK RE: REPORTING REQUIREMENTS FOR VESTIBULA. | 04928/JTT | 0.30 | 205.50 |
| 04/28/21 | PREPARATION FOR MEDIATION SESSION, STRATEGY TO ACCOMPLISH CH 11 PLAN. | 04928/JTT | 2.00 | 1,370.00 |
| 04/29/21 | PARTICIPATE IN MEDIATION SESSION CONDUCTED BY JUDGE STECKROTH. | 04928/JTT | 5.00 | 3,425.00 |
| 05/03/21 | ATTENTION TO POSSIBLE STRUCTURE OF PLAN. | 04928/JTT | 0.80 | 548.00 |
| 05/04/21 | ATTENTION TO COMMUNICATION FROM JUDGE STECKROTH AND ATTENTION TO MEDIATION ISSUES. | 04928/JTT | 0.40 | 274.00 |
| 05/10/21 | CALL WITH COUNSEL FOR ALLSTATE RE MEDIATION ISSUE. | 04928/JTT | 0.20 | 137.00 |
| 05/10/21 | CALL WITH COUNSEL FOR ALL STATE RE: CASE ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 05/10/21 | ATTENTION TO APRIL MOR. | 04928/JTT | 0.40 | 274.00 |
| 05/11/21 | CALL WITH COUNSEL FOR DR. CONTE RE: MEDIATION ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 05/11/21 | CONFER WITH R. JARECK RE: | 04928/JTT | 0.50 | 342.50 |

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001     CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| | MEDIATION ISSUES. | | | |
| 05/11/21 | ATTENTION TO FEE APPLICATION FILED BY PROFESSIONALS FOR DEBTOR. | 04928/JTT | 0.50 | 342.50 |
| 05/12/21 | ATTENTION TO MEDIATION ISSUES AND POTENTIAL PLAN STRUCTURE. | 04928/JTT | 1.00 | 685.00 |
| 05/13/21 | CALL WITH COUNSEL FOR ALLSTATE WITH REGARD TO POTENTIAL MEDIATION SETTLEMENT AND POTENTIAL ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 05/14/21 | CALL WITH COUNSEL FOR ALL STATE WITH REGARD TO MEDIATION ISSUES. | 04928/JTT | 0.50 | 342.50 |
| 05/18/21 | ATTENTION TO MEDIATION ISSUES. | 04928/JTT | 3.00 | 2,055.00 |
| 05/19/21 | ATTENTION TO DISPUTE WITH CREDITOR AND CONTINUING MEDIATION ISSUE. | 04928/JTT | 1.00 | 685.00 |
| 05/19/21 | CONTINUED ATTENTION TO CH. 11 PLAN ISSUES. | 04928/JTT | 2.20 | 1,507.00 |
| 05/20/21 | ATTENTION TO POTENTIAL PLAN ISSUES. | 04928/JTT | 2.00 | 1,370.00 |
| 05/25/21 | COMMUNICATIONS WITH CITY OF PATERSON RE VESIBULA MONIES. | 04928/JTT | 0.40 | 274.00 |
| 05/26/21 | CALL WITH COUNSEL AND COUNSEL FOR DR. CONTE RE STATUS AND TERM SHEET FOR PLAN, FOLLOW UP RE SAME. | 04928/JTT | 1.00 | 685.00 |
| 05/26/21 | COMPOSED EMAIL TO TESTA, JEFFREY: RE: STEPHEN CONTE CONFIRMING PAYMENT OF QUARTERLY FEES. | 04933/C-B | 0.20 | 56.00 |
| 05/27/21 | REVIEW INFORMATION RE VESTIBULA RECEIVED FROM | 04928/JTT | 0.60 | 411.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001   CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|------------|------|-------|-------|
|  | COUNSEL FOR DR. CONTE PER REQUIREMENTS OF MEDIATION STIPULATION. |  |  |  |
| 05/28/21 | ATTENTION TO PROPOSED CH. 11 PLAN ISSUES. | 04928/JTT | 2.00 | 1,370.00 |
| 05/28/21 | AT INSTRUCTION OF TRUSTEE OPEN ESCROW ACCOUNT AND ENTER CHECK FROM CITY OF PATERSON IN ESCROW ACCT. | 04933/C-B | 0.50 | 140.00 |
| 06/02/21 | CONFER WITH COUNSEL. | 04928/JTT | 1.00 | 685.00 |
| 06/02/21 | COMMUNICATION TO TIM KING WITH REGARD TO TAX ISSUES. | 04928/JTT | 0.30 | 205.50 |
| 06/02/21 | CALL WITH B. HANNEMON, COUNSEL FOR DEBTOR, WITH REGARD TO CH. 11 PLAN ISSUES AND PROPOSED SETTLEMENT. | 04928/JTT | 0.80 | 548.00 |
| 06/04/21 | CONFER WITH R. JAREK RE CASE AND PLAN ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 06/08/21 | ATTENTION TO FEE APPLICATIONS AND REQUEST TO ADJOURN. | 04928/JTT | 0.50 | 342.50 |
| 06/08/21 | CALL WITH COUNSEL RE: CASE ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 06/10/21 | CALL WITH COUNSEL AND J. RAYMOND, ESQ. RE: ISSUES WITH PROPOSED SETTLEMENT AND FINAL ISSUES IN ATTEMPT TO GET A CHAPTER 11 PLAN CONFIRMED. | 04928/JTT | 0.80 | 548.00 |
| 06/10/21 | FOLLOW UP CALL WITH COUNSEL AFTER CALL WITH J. RAYMOND. | 04928/JTT | 0.30 | 205.50 |
| 06/10/21 | ATTENTION TO PROPOSED STIPULATION EXTENDING TIME. | 04928/JTT | 0.40 | 274.00 |
| 06/11/21 | REVIEW COMMUNICATION FROM R. CORBI RE: INTENTION TO WITHDRAW AS COUNSEL FOR DR. CORBI. | 04928/JTT | 0.20 | 137.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/11/21 | COMMUNICATION WITH COUNSEL RE: CORBI WITHDRAWAL ISSUE AND NEXT STEPS IN EVENT DR. CONTE DOES NOT FUND PLAN. | 04928/JTT | 0.50 | 342.50 |
| 06/11/21 | CONFER WITH DEBTOR RE: DR. CONTE, SR. AND CH. 11 PLAN ISSUES; CONFER WITH COUNSEL RE: SAME. | 04928/JTT | 0.40 | 274.00 |
| 06/14/21 | CONFERENCE CALL WITH COUNSEL FOR DEBTOR, COUNSEL FOR ALLSTATE AND COUNSEL FOR TRUSTEE WITH REGARD TO ISSUES WITH SETTLEMENT, POTENTIAL WITHDRAWAL OF COUNSEL FOR DR. CONTE, CH. 11 PLAN PROPOSAL AND NEXT STEPS. | 04928/JTT | 1.00 | 685.00 |
| 06/14/21 | FOLLOW UP CALL WITH COUNSEL POST GLOBAL CONFERENCE CALL. | 04928/JTT | 0.50 | 342.50 |
| 06/14/21 | PARTICIPATE N CONFERENCE CALL WITH COUNSEL FOR INSURERS, COUNSEL FOR DR. CONTE, SR. AND COUNSEL FOR TRUSTEE RE: SETTLEMENT VS. PLAN STRUCTURE. | 04928/JTT | 0.80 | 548.00 |
| 06/14/21 | FOLLOW UP POST CALL WITH R. JARECK RE: NEXT STEPS. | 04928/JTT | 0.30 | 205.50 |
| 06/14/21 | CONFER WITH DEBTOR RE: STATUS. | 04928/JTT | 0.10 | 68.50 |
| 06/15/21 | ATTENTION TO STRUCTURE OF PROPOSED CHAPTER 11 REQUIREMENTS. | 04928/JTT | 1.00 | 685.00 |
| 06/15/21 | CONFER WITH R. JAREK RE: PLAN ISSUES. | 04928/JTT | 1.00 | 685.00 |
| 06/15/21 | REVIEW COMMUNICATIONS FROM COUNSEL FOR DEBTOR RE: PLAN. | 04928/JTT | 0.30 | 205.50 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001   CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 06/16/21 | ATTENTION TO PLAN ISSUES; MULTIPLE CONFERENCES WITH COUNSEL. | 04928/JTT | 2.00 | 1,370.00 |
| 06/16/21 | ATTENTION TO MOR'S. | 04928/JTT | 0.40 | 274.00 |
| 06/16/21 | ATTENTION TO SETTLEMENT STRUCTURE FOR PLAN. | 04928/JTT | 0.10 | 68.50 |
| 06/21/21 | REVIEW PROPOSED MODIFICATIONS TO SETTLEMENT WITH INSURER. | 04928/JTT | 1.00 | 685.00 |
| 06/21/21 | CONFER WITH COUNSEL RE: AGREEMENT WITH INSURER. | 04928/JTT | 0.50 | 342.50 |
| 06/21/21 | ATTENTION TO OPERATING REPORTS. | 04928/JTT | 0.50 | 342.50 |
| 06/22/21 | REVIEW FURTHER MODIFICATION TO PROPOSED SETTLEMENT AGREEMENT. | 04928/JTT | 0.30 | 205.50 |
| 06/22/21 | REVIEW INITIAL DRAFT OF PLAN. | 04928/JTT | 0.50 | 342.50 |
| 06/23/21 | REVIEW COMMENTS TO PROPOSED SETTLEMENT WITH INSURER. | 04928/JTT | 0.40 | 274.00 |
| 06/28/21 | REVIEW FINAL FORM OF SETTLEMENT AGREEMENT. | 04928/JTT | 0.30 | 205.50 |
| 06/30/21 | REVIEW OF DRAFT PLAN. | 04928/JTT | 1.00 | 685.00 |
| 06/30/21 | MEETING WITH BEDERSON RE: TAX RETURNS, DISCUSS AND EXECUTE SAME. | 04928/JTT | 0.40 | 274.00 |
| 07/09/21 | REVIEW OF DRAFT DISCLOSURE STATEMENT. | 04928/JTT | 1.50 | 1,027.50 |
| 07/12/21 | REVIEW INITIAL DRAFT OF MOTION IN SUPPORT OF COMBINED DISCLOSURE STATEMENT AND PLAN, PROPOSED ORDER AND AFFILIATED DOCUMENTS. | 04928/JTT | 2.00 | 1,370.00 |

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/13/21 | ATTENTION TO ALLEGED CHARGING LIEN ISSUE. | 04928/JTT | 0.80 | 548.00 |
| 07/15/21 | ATTENTION TO CH. 11 PLAN ISSUES. | 04928/JTT | 1.50 | 1,027.50 |
| 07/19/21 | ATTENTION TO CHARGING LIEN ISSUE. | 04928/JTT | 0.40 | 274.00 |
| 07/19/21 | CALLS TO BANK RE: CONFIRMATION OF SENT SETTLEMENT FUNDS. | 04928/JTT | 0.50 | 342.50 |
| 07/19/21 | ATTENTION TO DISCLOSURE STATEMENT ISSUE. | 04928/JTT | 1.80 | 1,233.00 |
| 07/26/21 | CONFER WITH R. JARECK RE: PLAN AND DISCLOSURE STATEMENT AND ATTORNEY LIEN ISSUE. | 04928/JTT | 1.00 | 685.00 |
| 07/27/21 | CONFERENCE CALL WITH R. JARECK AND R. CORBY WITH REGARD TO ATTORNEY LIEN DISPUTE ISSUE AND FOLLOW UP. | 04928/JTT | 0.50 | 342.50 |
| 07/27/21 | CONFER WITH R. JARECK RE: FINAL ISSUES BEFORE FILING OF PLAN AND DISCLOSURE STATEMENT. | 04928/JTT | 0.50 | 342.50 |
| 07/30/21 | CALL WITH R. JARECK RE: DISCLOSURE STATEMENT AND PLAN ISSUES. | 04928/JTT | 0.80 | 548.00 |
| 08/09/21 | ATTENTION TO PLAN AND DISCLOSURE STATEMENT ISSUES. | 04928/JTT | 1.80 | 1,233.00 |
| 08/10/21 | CALL WITH R. JAREK RE: PLAN AND DISCLOSURE STATEMENT ISSUE. | 04928/JTT | 0.30 | 205.50 |
| 08/10/21 | CALL RE: BUDGET EXHIBIT ISSUE. | 04928/JTT | 0.20 | 137.00 |
| 08/13/21 | ATTENTION TO PLAN AND DISCLOSURE STATEMENT ISSUES. | 04928/JTT | 1.50 | 1,027.50 |

Page 18
Invoice 8428737

135135   JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/17/21 | ATTENTION TO PLAN AND DISCLOSURE STATEMENT ISSUES. | 04928/JTT | 3.00 | 2,055.00 |
| 08/18/21 | ATTENTION TO PLAN DISCLOSURE STATEMENT ISSUES. | 04928/JTT | 2.20 | 1,507.00 |
| 08/19/21 | CONFER WITH COUNSEL RE FINANCIAL VIABILITY DOCUMENTS FOR HEARING ON PLAN. | 04928/JTT | 0.50 | 342.50 |
| 08/20/21 | ATTENTION TO PLAN AND DISCLOSURE STATEMENT ISSUES. | 04928/JTT | 2.50 | 1,712.50 |
| 08/26/21 | ATTENTION TO MOR'S AND NEW REQUIREMENTS. | 04928/JTT | 1.00 | 685.00 |
| 08/31/21 | CALL WITH COUNSEL FOR DR. CONTE AND DEBTOR IN ATTEMPT TO RESOLVE POTENTIAL PLAN OBJECTION. | 04928/JTT | 0.50 | 342.50 |
| 09/01/21 | ATTENTION TO RESPONSE OF IRS TO CHAPTER 11 PLAN. | 04928/JTT | 0.30 | 205.50 |
| 09/01/21 | ATTENTION TO PROPOSED DECLARATION IN SUPPORT OF PLAN. | 04928/JTT | 1.30 | 890.50 |
| 09/07/21 | ATTENTION TO ATTEMPT TO RESOLVE ATTORNEY LIEN ISSUE PRE CONFIRMATION ISSUE. | 04928/JTT | 1.00 | 685.00 |
| 09/07/21 | ATTENTION TO DISPUTE WITH CORBI. | 04928/JTT | 0.50 | 342.50 |
| 09/08/21 | ATTENTION TO DRAFT CONFIRMATION ORDER. | 04928/JTT | 1.50 | 1,027.50 |
| 09/09/21 | PREPARATION FOR CHAPTER 11 CONFIRMATION HEARING. | 04928/JTT | 1.80 | 1,233.00 |
| 09/09/21 | ATTENTION TO CHAPTER 11 DECLARATION FOR PLAN CONFIRMATION. | 04928/JTT | 1.80 | 1,233.00 |
| 09/09/21 | ATTENTION TO ATTEMPTING TO RESOLVE DISPUTE ATTORNEY | 04928/JTT | 1.80 | 1,233.00 |

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| | LIEN ISSUE. | | | |
| 09/10/21 | PREPARATION FOR CONFIRMATION HEARING. | 04928/JTT | 1.50 | 1,027.50 |
| 09/13/21 | REVIEW REVISED ORDER. | 04928/JTT | 0.40 | 274.00 |
| 09/15/21 | ATTENTION TO PLAN CONFIRMATION ISSUES. | 04928/JTT | 2.00 | 1,370.00 |
| 09/23/21 | ATTENTION TO DISTRIBUTIONS PER ORDER CONFIRMING PLAN, COMMUNICATIONS TO VARIOUS PARTEIS RE W-9 FORMS. | 04928/JTT | 1.00 | 685.00 |
| 09/23/21 | ATTENTION TO DOCUMENTS RE TRUSTEE ALLOWANCE AND CONFER WITH R. JAREK RE SAME. | 04928/JTT | 0.40 | 274.00 |
| 09/28/21 | REVIEW AND PRINT DOCKET AND CLAIMS REGISTER. CONFER WITH J. TESTA RE SAME. | 04933/C-B | 1.00 | 280.00 |
| 09/29/21 | CALLS WITH COUNSEL RE CASE ISSUES. | 04928/JTT | 1.00 | 685.00 |
| 09/30/21 | ATTENTION TO MOTION FOR PLAN INJUNCTION, MULTIPLE CALLS WITH COUNSEL RE SAME. | 04928/JTT | 3.00 | 2,055.00 |
| 09/30/21 | CONFER WITH J. TESTA RE: CH. 11 BOND RENEWAL INVOICE. | 04933/C-B | 0.60 | 168.00 |
| 10/01/21 | ATTENTION TO TRO ISSUE. | 04928/JTT | 1.00 | 735.00 |
| 10/04/21 | REVIEW AND REVISE LETTER RESPONSE TO TRO APPLICATION. | 04928/JTT | 0.80 | 588.00 |
| 10/04/21 | CONFER WITH R. JAREK RE TRO RESPONSE. | 04928/JTT | 0.50 | 367.50 |
| 10/04/21 | WORK WITH J. TESTA AND COUNSEL RE PAYMENTS IN CHAPTER 11 PLAN. CALLS TO BANK RE SAME. | 04933/C-B | 2.20 | 649.00 |

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001     CH. 11 TRUSTEE TIME

| DATE | DESCRIPTION | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 10/05/21 | ATTEND COURT HEARING BEFORE JUDGE SHERWOOD, AND FOLLOW UP WITH COUNSEL POST CALL. | 04928/JTT | 1.30 | 955.50 |
| 10/05/21 | PREPARATION FOR COURT HEARING, REVIEW ALL FILED PLEADINGS. | 04928/JTT | 2.00 | 1,470.00 |
| 10/06/21 | ATTENTION TO MOR. | 04928/JTT | 0.40 | 294.00 |
| 10/06/21 | RECEIPT AND REVIEW J. TESTA LETTERS FORWARDING FINAL DIVIDENDS TO ADMINISTRATIVE CREDITORS. | 04933/C-B | 0.30 | 88.50 |
| 10/28/21 | ATTENTION TO MONTHLY OPERATING REPORT. | 04928/JTT | 0.40 | 294.00 |
| 01/07/22 | ATTENTION TO MOR REQUEST. | 04928/JTT | 0.40 | 294.00 |
| 01/07/22 | CONFER WITH COUNSEL RE FINAL CASE ISSUES AND STATUS. | 04928/JTT | 0.50 | 367.50 |
| 01/12/22 | REVIEW MONTHLY OPERATING REPORTS. | 04928/JTT | 0.50 | 367.50 |
| 01/14/22 | ATTENTION TO PENDING ACTION AND CONFER WITH COUNSEL RE DISMISSAL AND NEXT STEPS. | 04928/JTT | 1.00 | 735.00 |
| 01/19/22 | REVIEW OF MOR'S. | 04928/JTT | 0.40 | 294.00 |
| 01/19/22 | CONFER WITH COUNSEL RE MOVING TOWARDS CASE CLOSURE AND REQUIRED APPLICATIONS. | 04928/JTT | 0.40 | 294.00 |
| 01/19/22 | CONFER WITH BEDERSON RE MOR'S. | 04928/JTT | 0.40 | 294.00 |
| 01/31/22 | REVIEW MOTION TO CLOSE CH 11 PROCEEDING AND DISCHARGE TRUSTEE. | 04928/JTT | 0.50 | 367.50 |
| 01/31/22 | CALL WITH R. JAREK RE MOTION TO DISCHARGE AND FINAL CASE | 04928/JTT | 0.30 | 220.50 |

Invoice 8428737

135135    JEFFREY T. TESTA, CH. 11 TRUSTEE
00001    CH. 11 TRUSTEE TIME

| DATE | DISBURSEMENTS | VALUE |
|------|--------------|-------|
| 09/15/2020 | TELEPHONE - CAPITAL ONE MASTER CARD ONLINE - COURT CONFERENCE CALL WITH JUDGE JOHN SHERWOOD ON 9/15/2020 | 50.00 |
| 02/01/2021 | TELEPHONE - COURTSOLUTIONS LLC - TELEPHONE CONFERENCE ON 2/1/21 WITH JUDGE JOHN SHERWOOD | 50.00 |
| 09/14/2021 | TELEPHONE - CAPITAL ONE MASTER CARD ONLINE - COURT CONFERENCE CALL WITH JUDGE JOHN SHERWOOD RE: STEPHEN J. CONTE, JR. | 50.00 |
| 10/05/2021 | TELEPHONE - CAPITAL ONE MASTER CARD ONLINE - CONFERENCE CALL HEARING WITH JUDGE JOHN SHERWOOD AND JEFF TESTA ON 10/5/2021 | 50.00 |
| | **Total For: TELEPHONE** | **200.00** |
| 03/04/2021 | FEDERAL EXPRESS Delivery to: Ryan Jareck Cole Schotz P C Tracking #: 784381943056 | 16.39 |
| 09/23/2021 | FEDERAL EXPRESS Delivery to: Joshua A  Raymond  Esq  McManimon Scotland  Bauman Tracking #: 284098204020 | 16.73 |
| 09/28/2021 | FEDERAL EXPRESS Delivery to: Richard Corbi  Esq INFORMATION NOT SUPPLIED Tracking #: 284300979987 | 22.18 |
| 09/28/2021 | FEDERAL EXPRESS Delivery to: Richard Corbi  Esq INFORMATION NOT SUPPLIED Tracking #: 284305223325 | 22.18 |
| 09/30/2021 | FEDERAL EXPRESS Delivery to: Beth Schott International Sureties  Ltd Tracking #: 284370877613 | 20.07 |
| 10/06/2021 | FEDERAL EXPRESS Delivery to: Richard Corbi  Esq INFORMATION NOT SUPPLIED Tracking #: 284550661759 | 22.22 |
| 10/06/2021 | FEDERAL EXPRESS Delivery to: Brian T  Crowley  Esq McDonnell Crowley  LLC Tracking #: 284550505701 | 16.80 |
| 11/11/2021 | FEDERAL EXPRESS Delivery to: Ryan T  Jareck  Esq Cole Schotz P C Tracking #: 285998705157 | 17.22 |
| 11/11/2021 | FEDERAL EXPRESS Delivery to: Timothy J  King  CPA  CFE Bederson   Company LLP Tracking #: 286003121365 | 17.22 |
| | **Total For: FEDERAL EXPRESS** | **171.01** |

**TOTAL DISBURSEMENTS** ............................................................. **$371.01**