| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Ryan T. Jareck, Esq.<br>COLE SCHOTZ P.C.<br>25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: 201-525-6278<br>Facsimile: 201-678-6278<br>Email: rjareck@coleschotz.com<br>*Counsel to the Chapter 11 Trustee* | Case No.: 18-29278 (JKS)<br>Chapter: 11 |
| In re:<br><br>STEPHEN J. CONTE, JR.,<br><br>Debtor | Adv. No.:<br>Hearing Date:<br>Judge: Sherwood |

## CERTIFICATION OF SERVICE

1.     I, FRANCES PISANO

   ☐ represent _____ in this matter.

   ☒ am the paralegal at _____ Cole Schotz P.C. _____, who represents the Chapter 11 Trustee in the above matter.

   ☐ am the _____ in this case and am representing myself

2.     On February 7, 2021 this office caused to be served a copy of the following documents and/or pleadings, to all parties listed below, ***via regular mail***.

   A. Chapter 11 Trustee's Motion to Administratively Close Chapter 11 Case, Discharge Chapter 11 Trustee from his Duties and Authorize the Final Payment of Commission and Fees, with Proposed Order [Docket No. 380].

   B. Notice of Hearing on Final Application for Allowance of Commissions Due to the Chapter 11 Trustee of the Bankruptcy Estate of Stephen J. Conte [Docket No. 381].

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated below.

Date: February 7, 2022  /s/ Frances Pisano
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Norgaard O'Boyle<br>John O'Boyle, Esq.<br>joboyle@norgaardfirm.com<br>Brian Hannon, Esq.<br>bhannon@norgaardfirm.com<br>184 Grand Avenue<br>Englewood, NJ 07631 | Counsel for Debtor, Stephen J. Conte, Jr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the U.S. Trustee<br>Michael A. Artis, Esq.<br>Michael.A.Artis@usdoj.gov<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Archer and Greiner P.C.<br>Michael S. Horn, Esq.<br>mhorn@archerlaw.com<br>21 Main Street, Suite 353<br>Hackensack, NJ 07601<br><br>Jerrold S. Kulback<br>jkulback@archerlaw.com<br>One Centennial Square<br>Haddonfield, NJ 08033 | On behalf of Stephen J. Conte, Jr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aboyoun Dobbs LLC<br>Seth L. Dobbs, Esq.<br>sdobbs@aboylaw.com<br>77 Bloomfield Avenue<br>Pine Brook, NJ 07058 | On behalf of Stephen J. Conte, Sr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey T. Testa, Esq.<br>jtesta@mccarter.com<br>McCarter & English LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102 | Chapter 11 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

61576/0001-42496558v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| KML Law Group, PC<br>Denise Carlon, Esq.<br>dcarlon@kmllawgroup.com<br>Rebecca Ann Solarz, Esq.<br>rsolarz@kmllawgroup.com<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | On behalf of Creditor US Bank NA and Morgan Stanley Mortgage Loan | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joshua H. Raymond, Esq.<br>jraymond@msbnj.com<br>McManimon Scotland & Baumann<br>75 Livingston Avenue<br>Roseland, NJ 07068 | On behalf of Creditor Allstate Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen J. Conte Jr.<br>395 North Farview Avenue<br>Paramus, NJ 07652 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank National Association Trustee<br>c/o Specialized Loan Servicing LLC<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111<br><br>Gavin Stewart, Esq.<br>bk@stewartlegalgroup.com<br>Stewart Legal Group, PL<br>P.O. Box 340514<br>Tampa, FL 33649 | On behalf of Creditor Specialized Loan Servicing<br><br><br><br>Serving Agent for Morgan Stanley Mortgage Loan Trust | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard D. Trenk, Esq.<br>rtrenk@trenkisabel.law<br>McManimon Scotland & Baumann<br>75 Livingston Avenue<br>Roseland, NJ 07068 | On behalf of Creditor Allstate Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

61576/0001-42496558v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| John McDonnell, Esq.<br>jmcdonnell@mchfirm.com<br>McDonnell Crowley, LLC<br>115 Maple Avenue<br>Red Bank, NJ 07701 | On behalf of Stephen Conte, Sr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Brian Crowley, Esq.<br>bcrowley@mchfirm.com<br>McDonnell Crowley, LLC<br>115 Maple Avenue<br>Red Bank, NJ 07701 | On behalf of Stephen Conte, Sr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard Corbi, Esq.<br>rcorbi@corbilaw.com<br>The Law Offices of Richard J. Corbi, PLLC<br>1501 Broadway, 12th Floor<br>New York, NY 10026 | On behalf of Stephen Conte, Sr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: ECF<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Securities and Exchange Commission<br>200 Vesey Street, Suite 400<br>New York, NY 10281 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Attorney's Office<br>970 Broad Street, 7th Floor<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

61576/0001-42496558v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08695-0245 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other:<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| **<u>EXHIBIT A</u> ATTACHED** | All other creditors listed on the Debtor's Petition and Schedules, and/or Parties-in-Interest filing Notices of Appearance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other: <u>ECF</u><br><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

61576/0001-42496558v1

# EXHIBIT A

## SERVICE LIST OF CREDITORS AND PARTIES-IN-INTEREST

**396 Management Group, LLC**
396 Farview Avenue
Paramus, NJ 07652

**Allstate Insurance Co.**
Box 660598
Dallas, TX 75266

**Allstate Insurance Company**
1130 Route 22 East, Suite 100
Bridgewater, NJ 08807

**Bryant State Bank**
500 E. 60th Street
Sioux Falls, SD 57104

**Capital One Bank**
10700 Capital One Way
Richmond, VA 23060

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Capital One Bank (USA), N.A.**
PO Box 71083
Charlotte, NC 28272-1083

**Continental Insurance Company**
333 South Wabash Avenue
Chicago, IL 60604

**Encompass Insurance**
c/o NJ Dept. of Banking and Insurance
153 Halsey Street #2
Newark, NJ 07102

**Faber Associates**
1111 Paulison Avenue, #1
Clifton, NJ 07011

**First Premier Bank**
3820 N Louise Avenue
Sioux Falls, SD 57107

**First Savings Credit Card**
500 E. 60th Street
Sioux Falls, SD 57104

**Guy Mitchell**
White House Chef Tour
800 Trenton Road, Apt. 159
Langhorne, PA 19047

**Internal Revenue Service**
Box 7346
Philadelphia, PA 19101-7346

**Michael Triffin**
5131 Township Line Road, Box 551
Drexel Hill, PA 19026

**Midnight Velvet**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Midnight Velvet**
1112 7th Avenue, Box 2816
Monroe, WI 53566

**Nancy Espinoza**
c/o Kiernan & Campbell
175 Fairfield Avenue
West Caldwell, NJ 07006

**Oradell Animal Hospital**
580 Winters Avenue
Paramus, NJ 07652

**Patricia Conte**
396 Farview Avenue
Paramus, NJ 07652

**Premier Bankcard, LLc**
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

**Pressler, Felt & Warshaw**
7 Entin Road
Parsippany, NJ 07054

**Quantum3 Group LLC as agent for GPCC I LLC**

2

PO Box 788
Kirkland, WA 98083-0788

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004

**Sebring Assoc./Excelsior, LLC**
170 Prospect Avenue
Hackensack, NJ 07601

**State of New Jersey**
**Division of Taxation**
Box 245
Trenton, NJ 08695

**Stephen J. Conte, Jr.**
396 North Farview Avenue
Paramus, NJ 07652

**Thomas M. Murphy, Esq.**
381 Franklin Avenue
Belleville, NJ 07109

**Trojan Professional Services, Inc.**
Box 1270
Los Alamitos, CA 90720

**U.S. Bank National Association Trustee**
c/o Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

**US Bank National Assoc**
425 Walnut Street
Cincinnati, OH 45202

**Water Works Plumbing & Heating**
20 Booker Street
Westwood, NJ 07675

**Office of the United States Trustee**
**Attn: Michael A. Artis, Esq.**
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, New Jersey 07102

**Securities and Exchange Commission**
200 Vesey Street, Suite 400
New York, NY 10281

3

**Joshua H. Raymond, Esq.**
**McManimon Scotland & Baumann**
*Attorneys for Allstate Insurance Company*
75 Livingston Avenue
Roseland, NJ 07068

**Richard D. Trenk, Esq.**
**Trenk, Isabel, P.C.**
*Attorneys for Allstate Insurance Company*
290 W. Mt. Pleasant Avenue, Suite 2350
Livingston, NJ 07039

**Brian Gregory Hannon, Esq.**
**John O'Boyle, Esq.**
**Law Office of Norgaard O'Boyle**
*Attorneys for Stephen J. Conte, Jr.*
184 Grand Avenue
Englewood, NJ 07631

**Michael S. Horn, Esq.**
**Archer & Greiner, PC**
*Special Counsel for Stephen J. Conte, Jr.*
21 Main Street, Suite 353
Hackensack, NJ 07601

**Jerrold S. Kulback, Esq.**
**Archer & Greiner, PC**
*Attorneys for Stephen J. Conte, Jr.*
One Centennial Square
Haddonfield, NJ 08033

**Denise E. Carlon, Esq.**
**Rebecca Ann Solarz, Esq.**
**KML Law Group, PC**
*Attorneys for Morgan Stanley Mortgage Loan*
*Trust 2007-IXS, U.S. Bank National Association,*
*As Trustee, successor in interest to Bank of America,*
*National Association, as Trustee, successor by*
*Merger to LaSalle Bank*
701 Market Street, Suite 5000
Philadelphia, PA 19106

**Gavin Stewart**
**Stewart Legal Group, P.L.**
*Serving Agent for Morgan Stanley Mortgage*
*Loan Trust*
P.O. Box 340514
Tampa, FL 33694

4

**The Law Offices of Richard J. Corbi, PLLC**
**Attn: Richard J. Corbi, Esq.**
*Attorneys for Stephen Conte, Sr.*
1501 Broadway, 12th Floor
New York, NY 10026

**Brian T. Crowley, Esq.**
**John M. McDonnell, Esq.**
**McDonnell Crowley, LLC**
*Former Counsel for Stephen J. Conte, Sr.*
115 Maple Avenue
Red Bank, NJ 07701

**Aboyoun & Heller, LLC**
**Attn: Seth L. Dobbs, Esq.**
*Former Counsel for Stephen J. Conte, Sr.*
77 Bloomfield Avenue
Pine Brook, NJ 07058

**United States Attorney's Office**
970 Broad Street – 7th Floor
Newark, NJ 07102

**Internal Revenue Service**
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

5