| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Telecopier Number (201) 871-3161<br>Attorneys for Debtor<br>By: Brian G. Hannon, Esq. (BH-3645)<br>bhannon@norgaardfirm.com | Order Filed on June 13, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>STEPHEN J. CONTE, JR., | Case No.:         18-29278<br><br>Chapter:              11<br><br>Hearing Date:   12/12/19 @ 10 A.M.<br><br>Judge:                JKS |

## AMENDED ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS [1]

The relief set forth on the following page is ORDERED.

**DATED: June 13, 2023**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] An amended order is necessary because the original order had the wrong street address.

The court having heard the motion filed by ___the Debtor___, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of ___$7,072.50___ will be forwarded to ___Stephen J. Conte, Jr.,___ at the following address:

Stephen J. Conte, Jr.

396 North Fairview Avenue

Paramus, NJ 07652

_new.8/1/15_