UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Telecopier Number (201) 871-3161
Attorneys for Debtor
By: Brian G. Hannon, Esq. (BH-3645)
bhannon@norgaardfirm.com

Order Filed on June 13, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

STEPHEN J. CONTE, JR.,

Case No.: _____18-29278_____

Chapter: _____11_____

Hearing Date: __12/12/19 @ 10 A.M.__

Judge: _____JKS_____

## AMENDED ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS [1]

The relief set forth on the following page is ORDERED.

**DATED: June 13, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

[1] An amended order is necessary because the original order had the wrong street address.

The court having heard the motion filed by _____the Debtor_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$7,072.50_____ will be forwarded to _____Stephen J. Conte, Jr.,_____ at the following address:

Stephen J. Conte, Jr._____

396 North Fairview Avenue_____

Paramus, NJ 07652_____

_____

*new.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 18-29278-JKS

Stephen J. Conte, Jr.                                                                Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 3

Date Rcvd: Jun 13, 2023                   Form ID: pdf903                               Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2023:**

**Recip ID            Recipient Name and Address**
db                   Stephen J. Conte, Jr., 395 North Farview Avenue, Paramus, NJ 07652
aty          +       Norgaard O'Boyle, 184 Grand Ave, Englewood, NJ 07631-3578

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2023                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:**

**Name                          Email Address**

Adam J. Petitt
                                on behalf of Plaintiff Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey apetitt@rc.com

Brian Gregory Hannon
                                on behalf of Debtor Stephen J. Conte  Jr. bhannon@norgaardfirm.com,
                                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
                                on behalf of Defendant Stephen J. Conte  Jr. cnorgaard@norgaardfirm.com,
                                sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Daniel M Pereira
                                on behalf of Plaintiff Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey
                                dpereira@stradley.com

Denise E. Carlon
                                on behalf of Creditor US Bank National Association  As Successor Trustee to Bank of America, National Association (Successor

District/off: 0312-2

User: admin

Page 2 of 3

Date Rcvd: Jun 13, 2023

Form ID: pdf903

Total Noticed: 2

by Merger to Lasalle Bank National Association) As Trustee for Morgan Stanley Mortgage Loan Trust
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank dcarlon@kmllawgroup.com,
bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for Morgan Stanley Mortgage Loan Trust
bk@stewartlegalgroup.com

Jeffrey Randolph

on behalf of Defendant Vestibula Diagnostics  P.A. jrandolph@jrlaw.net

Jeffrey Randolph

on behalf of Defendant Stephen J. Conte  Sr. jrandolph@jrlaw.net

Jeffrey Thomas Testa

jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com

Jerrold S. Kulback

on behalf of Debtor Stephen J. Conte  Jr. jkulback@archerlaw.com, chansen@archerlaw.com

John O'Boyle

on behalf of Plaintiff Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Accountant Burke  Grbelja & Symeonides, LLC joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Attorney Norgaard  O'Boyle & Hannon joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Defendant Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

John O'Boyle

on behalf of Debtor Stephen J. Conte  Jr. joboyle@norgaardfirm.com,
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Joshua H. Raymond

on behalf of Plaintiff Allstate New Jersey Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Property and Casualty Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Insurance Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate New Jersey Property jraymond@msbnj.com

Joshua H. Raymond

on behalf of Plaintiff Allstate Indemnity Company jraymond@msbnj.com

Joshua H. Raymond

on behalf of Creditor Allstate Insurance Company jraymond@msbnj.com

Michael A. Artis

on behalf of U.S. Trustee U.S. Trustee michael.a.artis@usdoj.gov

Michael S. Horn

on behalf of Debtor Stephen J. Conte  Jr. mhorn@archerlaw.com

Rebecca Ann Solarz

on behalf of Creditor Morgan Stanley Mortgage Loan Trust 2007-1XS  U.S. Bank National Association, as Trustee, successor in
interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank rsolarz@kmllawgroup.com

Richard D. Trenk

on behalf of Defendant Allstate Insurance Company and Related Entities rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk

on behalf of Creditor Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk

on behalf of Plaintiff Allstate Indemnity Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk

on behalf of Plaintiff Allstate Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

District/off: 0312-2            User: admin            Page 3 of 3

Date Rcvd: Jun 13, 2023            Form ID: pdf903            Total Noticed: 2

Richard D. Trenk

         on behalf of Plaintiff Allstate New Jersey Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk

         on behalf of Plaintiff Allstate Property and Casualty Insurance Company rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Richard D. Trenk

         on behalf of Plaintiff Allstate New Jersey Property rtrenk@trenkisabel.law  cdeangelis@trenkisabel.law

Robert J Norcia

         on behalf of Plaintiff Horizon Healthcare Services  Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey
         rnorcia@stradley.com

Ryan T. Jareck

         on behalf of Defendant Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Ryan T. Jareck

         on behalf of Trustee Jeffrey Thomas Testa rjareck@coleschotz.com  fpisano@coleschotz.com

Seth L. Dobbs

         on behalf of Debtor Stephen J. Conte  Jr. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM

U.S. Trustee

         USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 37